**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: idiaz@bursor.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

CAROL JACKSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DIFF, LLC,

Defendant.

Case No. 2:26-cv-5478

**CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Carol Jackson ("Plaintiff") files this class action complaint on behalf of herself and all others similarly situated (the "Class Members") against Diff, LLC ("Diff" or "Defendant"). Plaintiff brings this action based on personal knowledge of the facts pertaining to herself, and on information and belief as to all other matters, by and through the investigation of undersigned counsel.

**NATURE OF THE ACTION**

1. This is a class action lawsuit brought on behalf of all persons who have accessed and used diffeyewear.com (the "Website"), a website that Defendant owns and operates.

2. Defendant aids, employs, agrees with, or otherwise enables several third parties – Google LLC ("Google"); Pinterest, Inc. ("Pinterest"); and Snap Inc. ("Snap") (collectively, the "Third Parties") – to eavesdrop on communications sent and received by Plaintiff and Class Members, including communications containing sensitive, personally identifiable information relating to eyewear purchases. By failing to procure consent before enabling the Third Parties' interception of these communications, Defendant violated the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631-632, and the Federal Wiretap Act, as amended by the Electronic Communications Privacy Act of 1986 ("ECPA"), 18 U.S.C. § 2510, *et seq.*

**THE PARTIES**

3. Plaintiff Carol Jackson is an adult citizen residing in Santa Monica, California. On or around October 9, 2025, Plaintiff Jackson visited the Website. Plaintiff Jackson was in California when she visited the Website. Upon accessing the Website, Plaintiff Jackson browsed for and purchased eyewear. Unbeknownst to Plaintiff, these communications were intercepted in transit by the Third Parties – as enabled by Defendant – including communications that contained Plaintiff's sensitive, personally identifiable information relating to eyewear purchases. Neither Defendant nor the Third Parties procured Plaintiff's prior consent to this interception.

4. Defendant Diff, LLC is a California limited liability company with its

principal place of business at 19701 Hamilton Ave, Suite 260, Torrance, California 90502. Defendant is an eyewear company that designs, manufactures, and sells prescription and non-prescription eyeglasses, as well as sunglasses directly to consumers through the Website, diffeyewear.com.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under a law of the United States (the ECPA).

6. The Court also has jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). The amount in controversy exceeds $5,000,000, exclusive of interest and costs, and there are more than 100 members of the Class, and there is minimal diversity.

7. This Court has personal jurisdiction over Defendant because Defendant is headquartered in and has its principal place of business in California.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the events giving rise to this action occurred in this District.

**FACTUAL ALLEGATIONS**

**I. The California Invasion of Privacy Act**

9. The California Legislature enacted the Invasion of Privacy Act to protect certain privacy rights of California citizens. The legislature expressly recognized that "the development of new devices and techniques for the purpose of eavesdropping upon private communications … has created a serious threat to the free exercise of personal liberties and cannot be tolerated in a free and civilized society." Cal. Penal Code § 630.

10. The California Supreme Court has repeatedly stated an "express objective" of CIPA is to "protect a person placing or receiving a call from a situation where the person on the other end of the line *permits an outsider to tap his telephone or listen in on the call*." *Ribas v. Clark*, 38 Cal. 3d 355, 364 (1985) (emphasis added).

11. Further, as the California Supreme Court has held in explaining the

legislative purpose behind CIPA:

> While one who imparts private information risks the betrayal of his confidence by the other party, a substantial distinction has been recognized between the secondhand repetition of the contents of a conversation and its *simultaneous dissemination to an unannounced second auditor, whether that auditor be a person or mechanical device.*
>
> As one commentator has noted, such secret monitoring denies the speaker an important aspect of privacy of communication—the right to control the nature and extent of the firsthand dissemination of his statements.

*Ribas v. Clark*, 38 Cal. 3d 355, 360-61 (1985) (emphasis added; internal citations omitted).

12. As part of CIPA, the California Legislature enacted § 631(a), which prohibits any person or entity from [i] "intentionally tap[ping], or mak[ing] any unauthorized connection … with any telegraph or telephone wire," [ii] "willfully and without the consent of all parties to the communication … read[ing], or attempt[ing] to read, or to learn the contents or meaning of any … communication while the same is in transit or passing over any wire, line, or cable, or is being sent from, or received at any place within [California]," or [iii] "us[ing], or attempt[ing] to use … any information so obtained."

13. CIPA § 631(a) also penalizes [iv] those who "aid[], agree[] with, employ[], or conspire[] with any person" who conducts the aforementioned wiretapping, or those who "permit" the wiretapping.

14. As part of the Invasion of Privacy Act, the California Legislature additionally introduced Penal Code § 632(a), which prohibits any person or entity from "intentionally and without the consent of all parties to a confidential communication, us[ing] an electronic amplifying or recording device to eavesdrop upon or record [a] confidential communication."

15. A "confidential communication" for the purposes of CIPA § 632 is "any

communication carried on in circumstances as may reasonably indicate that any party to the communication desires it to be confined to the parties thereto." Cal. Penal Code § 632(c).

16. Individuals may bring an action against the violator of CIPA §§ 631 and 632 for $5,000 per violation. Cal. Penal Code § 637.2(a)(1). Plaintiff does so, here, against Defendant.

**II. The Federal Wiretap Act**

17. The Federal Wiretap Act, as amended by the Electronic Communications Privacy Act of 1986, makes it unlawful for a person to intentionally intercept, endeavor to intercept or procure any other person to intercept or endeavor to intercept any wire, oral or electronic communication. 18 U.S.C. § 2511(a).

18. Under the Federal Wiretap Act, "any person whose wire, oral, or electronic communication is intercepted, disclosed, or intentionally used in violation of [the Federal Wiretap Act] may in a civil action recover from the person or entity . . . which engaged in that violation such relief as may be appropriate." 18 U.S.C. § 2520(a).

19. Persons who have been damaged due to the unauthorized interception, disclosure, and use of their confidential communications are entitled to: (1) damages, in an amount to be determined at trial, assessed as the greater of (a) the sum of the actual damages suffered by Plaintiffs and any profits made by Defendant as a result of the violation, or (b) statutory damages of whichever is the greater of $100 per day per violation or $10,000; (2) appropriate equitable or declaratory relief; and (3) reasonable attorneys' fees and other costs reasonably incurred.

//

//

//

//

//

## III. Overview of Defendant's Website

20. Defendant has been called one of "the most successful" direct-to-consumer brands, and it "has quickly rocketed to the top of the eyewear industry[.]"[1] On the Website, users can, *inter alia*, browse and purchase prescription and non-prescription eyewear. This includes glasses and sunglasses featuring progressive, reading, blue light-filtering, and other lens types.[2]

21. Unbeknownst to Plaintiff and Class Members, however, Defendant aids, agrees with, employs, and otherwise enables the Third Parties to eavesdrop on their confidential Website communications using the Third Parties' wiretaps, as set out *infra*.

22. Website users' confidential communications are the product of Website users affirmatively entering, and interacting with, information on the Website (*i.e.*, the confidential communications are not procedurally or automatically generated). Instead, as set out below, the confidential communications stem from Website users typing into data fields, conveying responses to questions and prompts, and actively making other selections. All of the foregoing is information created through the intent of Website users, *e.g.*: (1) information created by and in response to Website users' communicative inputs; (2) information created by and in response to Website users' intended messages to the Website and Defendant; and (3) information created by and in response to Website users' having conveyed and expressed their respective desires that the Website would supply them with certain, highly personalized, types of information and/or responses. The Third Parties' wiretaps, as installed and integrated by Defendant, contemporaneously intercept Website users' button clicks communicating such information.

//

---

[1] TREND.IO, DIFF EYEWEAR MARKETING STRATEGY BREAKDOWN, hhttps://www.trend.io/blog/diff-eyewear.

[2] *See, e.g.*, DIFF, ALL STYLES, https://www.diffeyewear.com/collections/all.

23. Upon visiting diffeyewear.com, Website users encounter a banner prompting them to select a product category to browse (e.g., "eyeglasses," "sunglasses," etc.). *See* Screen 1.

**"Screen 1"**

24. Next, Website users can browse and select an eyewear frame. Frames can be chosen based on several criteria, such as frame shape, lens type, and/or color. *See* Screen 2.

**"Screen 2"**

25. After selecting a desired frame, Website users can customize their glasses by choosing a frame color and proceeding to the lens configuration options. *See* Screen 3.

**"Screen 3"**

26. Among other lens configuration options, Website users can select their lens type (*e.g.*, "single vision"; "reading"; or "progressive"). *See* Screen 4.

**"Screen 4"**

27. Website users can then further customize their glasses' lenses by selecting from various lens purposes (*e.g.*, "everyday use[:] standard clear lens";

"digital screens[:] blue light lens"; "outdoor sunglasses[:] polarized sun lens"; or "indoors & outdoors[:] photochromic lens"). *See* Screen 5.



**"Screen 5"**

28.    Next, Website users are offered the chance to purchase a "thin lens upgrade" and "worry-free Rx protection plan" for their eyewear. *See* Screen 6.



**"Screen 6"**

//

29. Website users are subsequently prompted to upload their prescription, send their prescription later, or retrieve previously supplied prescription information. *See* Screen 7.



**"Screen 7"**

30. Website users are then asked to review their selections, presented with a subtotal, and prompted to add their eyewear to the cart. *See* Screen 8, next page.

//
//
//
//
//
//
//
//
//
//
//



Back
Close
Almost done!
Review your order. If everything looks good, go ahead and add it to your cart!
Parker
sage crystal + glasses
✓ Single Vision
✓ Photochromic Lens
✓ Free premium lenses
✓ Free travel case + cleaning cloth
Once we receive your prescription and PD, we'll process and ship your glasses within 2 weeks.
Parker
sage crystal + glasses
$179.00
Pay in 4 installments of $44.75 afterpay
ADD TO CART

**"Screen 8"**

31. Website users can also add other eyewear to their order. As set out earlier, Website users may choose from a variety of eyewear frame styles. *See* Screen 9, next page. They may also select several lens configuration options. *See* Screens 10A-C, following pages.

//

//

//

//

//

//

//

//

//

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED 10



DIFF CHARITABLE EYEWEAR
GIFT GUIDE SUNGLASSES BEST SELLERS PRESCRIPTION COLLABS BLUE LIGHT SALE ACCESSORIES GIVING BACK Search Account Cart

Jessie James Decker
Best Seller
$168.00 $84.00
or 4 installments of $21.00 by afterpay
Hurry! Limited Stock 9h 9m 9s
COLOR: Winston Black Glasses
Up to 80% OFF Cyber Monday
SEE MORE +
SELECT YOUR LENS & BUY
Every Order Makes a DIFFerence
Free USA Shipping Available
Easy Returns
1 Year Warranty
Blue Light Upgrade
Polarized Upgrade
Product Description
Part of Jessie James Decker x DIFF

**"Screen 9"**

**"Screen 10A"**

//

//

//



**"Screen 10B"**



**"Screen 10C"**

32.    If Website users opt to purchase reading glasses, they are prompted to choose a lens magnification for their eyewear. *See* Screen 11, next page.

//

//

//

//

//

//



Back
Close
Tell us about your reading glasses
SELECT YOUR READING POWER
+2.25

**"Screen 11"**

33. As before, Website users are then asked to review their selections, presented with a subtotal, and prompted to add their eyeglasses to the cart. *See* Screen 12, next page.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED 13



Back
Close
Almost done!
Review your order. If everything looks good, go ahead and add it to your cart!
Jessie James Decker
nash + espresso tortoise + glasses
Your Selections:
✓ Reading
✓ Worry-Free RX Protection Plan
✓ Blue Light Lens
✓ Free premium lenses
✓ Free travel case + cleaning cloth
Once we receive your prescription and PD, we'll process and ship your glasses within 2 weeks.
Jessie James Decker
nash + espresso tortoise + glasses
$150.00
Pay in 4 installments of $37.50 afterpay
ADD TO CART

**"Screen 12"**

34. Afterward, Website users can review their cart and the eyewear they have added to it, before proceeding to checkout. *See* Screen 13. While viewing their cart, Website users can also add extra items (*i.e.*, a folding case). *See id.*

//

//

//

//

//

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED 14

**"Screen 13"**

35.    Finally, Website users check out by entering their contact information (first and last name, email, phone number), shipping address, and billing details.  *See* Screen 14, next page.

//

//

//

//

//

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED                                          15



**"Screen 14"**

## IV.    Overview of the Third Parties' Tracking Technologies

36.    Google, Pinterest, and Snap each wiretap the Website with their respective tracking technologies (collectively, the "Third Parties' tracking technologies"), which Defendant purposefully installed on the Website.

37.     The Third Parties' tracking technologies send secret instructions to a Website user's browser, without alerting the individual that this is happening.  The trackers then cause the browser to secretly and simultaneously duplicate the user's Website communications, transmitting these communications to the Third Parties' servers alongside additional information about the Website user's identity.  This entire process occurs within milliseconds.  In other words, when a user communicates with Defendant's Website, those communications are simultaneously and contemporaneously duplicated and sent to the Third Parties at the same time as they are being sent to Defendant.  Thus, the Third Parties' interception of these communications occurs "in transit."  *See, e.g.*, *In re Facebook Internet Tracking Litig.*, 956 F.3d 589, 608 (9th Cir. 2020) ("Permitting an entity to engage in the unauthorized duplication and forwarding of unknowing users' information would render permissible the most common methods of intrusion…"); *Revitch v. New Moosejaw, LLC*, 2019 WL 5485330, at *2 (N.D. Cal. Oct. 23, 2019) ("Even if the browser caused a parallel signal to be sent to NaviStone, that intervention happened while the signal was already in transit from Revitch's device. Section 631's protections extend explicitly to the beginnings and ends of communications…"); *James v. Walt Disney Co.*, 710 F. Supp. 3d 942, 961-62 (N.D. Cal. 2023) (finding in-transit interception was alleged based on similar process to the one alleged herein).

38.     When the Third Parties use their respective wiretaps on Website users' communications, the wiretaps are not like tape recorders or "tools" used by one party to record the other.  Instead, the Third Parties – separate and distinct entities from the parties to the conversations—use the wiretaps to eavesdrop upon, record, extract data from, and analyze conversations to which they are not parties.  The Third Parties, themselves, collect the contents of said conversations.  That data is then analyzed by the Third Parties before being provided to any entity that was a party to the conversations (like Defendant).

39.     The Third Parties each have the capability to use the contents of

conversations they collect through their respective wiretaps for their own purposes.

**A. Google**

40. Google wiretaps the Website with trackers associated with "Google Analytics."[3] According to Google, "Google Analytics is a platform that collects data from [] websites and apps to create reports that provide insights into [] business[es]."[4] "To measure a website … [one] add[s] a small piece of JavaScript measurement code to each page on [a] site."[5] Then, "[e]very time a user visits a webpage, the tracking code will collect … information about how that user interacted with the page."[6] Specifically, Google Analytics tracks "events"; "sessions"; and "users[.]"[7]

41. "Events let [clients] measure … when someone loads a page, clicks a link, [] makes a purchase[]" and more.[8] Google provides a menu of "recommended events" (i.e., "completes a purchase"; "searches [] website or app"; "select content on [] website or app"; "views an item"; "views their shopping cart")[9] and also allows for "collect[ing] additional information that Google Analytics does not collect automatically[,]" through "custom events."[10]

42. A "session" is "the period from when a user visits [a] website or app to

[3] GOOGLE, START LEARNING ABOUT GOOGLE ANALYTICS, https://developers.google.com/analytics.

[4] GOOGLE, HOW GOOGLE ANALYTICS WORKS, https://support.google.com/analytics/answer/12159447.

[5] *Id.*

[6] *Id.*

[7] GOOGLE, TRAFFIC-SOURCE DIMENSIONS, https://support.google.com/analytics/answer/11080067.

[8] GOOGLE, SET UP EVENTS, https://developers.google.com/analytics/devguides/collection/ga4/events.

[9] GOOGLE, [GA4] RECOMMENDED EVENTS, https://support.google.com/analytics/answer/9267735.

[10] GOOGLE, [GA4] CUSTOM EVENTS, https://support.google.com/analytics/answer/12229021.

when they leave [said] website or app[.][11] "When a session starts, Google automatically collects a session_start event and generates a session ID (ga_session_id) and session number (ga_session_number)[.]"[12]

43. Finally, to discern when "two different [users] interact with [a] website[,] … Google Analytics identifies an individual user based on [Google Analytics] reporting identit[ies.]"[13] Reporting identities are combinations of "identifiers … called *identity spaces*" – namely, "User-ID"; "user-provided data"; "device ID"; and "modeling[.]"[14]

- A "User-ID" is a "persistent ID[,]"[15] consisting of a unique combination of up to "256 characters[,]"that is created by website operators and "assign[ed] and consistently reassign[ed] … to [] users[,] … typically [] during login."[16]

- "User-provided data" consists of contact details such as "email, phone, name and address[,]" provided by website users, that "is [] matched with other Google data … to improve the accuracy of [] measurement data and power enhanced Analytics capabilities."[17] Although these personal details are "hashed,"[18] the reality is that, even in hashed form, they are traceable to

---

[11] GOOGLE, TRAFFIC-SOURCE DIMENSIONS, https://support.google.com/analytics/answer/11080067.

[12] GOOGLE, [GA4] ABOUT ANALYTICS SESSIONS, https://support.google.com/analytics/answer/9191807.

[13] GOOGLE, TRAFFIC-SOURCE DIMENSIONS, https://support.google.com/analytics/answer/11080067.

[14] GOOGLE, [GA4] REPORTING IDENTITIES, https://support.google.com/analytics/answer/10976610.

[15] *Id.*

[16] GOOGLE, [GA4] MEASURE ACTIVITY ACROSS PLATFORMS WITH USER-ID, https://support.google.com/analytics/answer/9213390.

[17] GOOGLE, [GA4] USER-PROVIDED DATA COLLECTION, https://support.google.com/analytics/answer/14077171.

[18] *Id.*

individuals.[19]

- A "device ID" is a "browser-based or mobile-app-based identifier[.]"[20] "On a website, device ID gets its value from the client ID property of the _ga cookie. In an iOS or Firebase app, device ID gets its value from the app-instance ID, which identifies a unique installation of the app."[21]

- "Modeling" uses "machine learning to model the behavior of users who decline analytics cookies based on the behavior of similar users who accept analytics cookies."[22]

44. Google Analytics can also leverage "Google signals," which "associates [data] with user[s'] … Google accounts," for "users who have signed in … and who

---

[19] *See, e.g.*, FEDERAL TRADE COMMISSION, DOES HASHING MAKE DATA "ANONYMOUS"?, https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2012/04/does-hashing-make-data-anonymous ("[H]ashing is vastly overrated as an 'anonymization' technique … the casual assumption that hashing is sufficient to anonymize data is risky at best, and usually wrong."); FEDERAL TRADE COMMISSION, NO, HASHING STILL DOESN'T MAKE YOUR DATA ANONYMOUS, https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/no-hashing-still-doesnt-make-your-data-anonymous ("[H]ashes aren't 'anonymous' and can still be used to identify users, and their misuse can lead to harm. Companies should not act or claim as if hashing personal information renders it anonymized."); STEVEN ENGLEHARDT ET AL., I NEVER SIGNED UP FOR THIS! PRIVACY IMPLICATIONS OF EMAIL TRACKING, https://petsymposium.org/2018/files/papers/issue1/paper42-2018-1-source.pdf ("[H]ashing of PII, including emails, is not a meaningful privacy protection. This is folk knowledge in the security community, but bears repeating."); MARTECH, FTC PRIVACYCON: YOUR EMAIL ADDRESS IS LEAKING AND VULNERABLE, https://martech.org/ftc-privacycon-email-address-leaking-vulnerable ("Hashing is an algorithmic process that turns [information] into a gibberish label[.] … Although gibberish, it's unique, so it can be employed as an anonymized identifier. It's supposed to be one-way, meaning that you can't turn the gibberish back into the [original form]. Wrong, says Englehardt and his colleagues.").

[20] GOOGLE, [GA4] DEVICE ID, https://support.google.com/analytics/answer/9356035.

[21] *Id.*

[22] GOOGLE, [GA4] BEHAVIORAL MODELING FOR CONSENT MODE, https://support.google.com/analytics/answer/11161109.

have turned on Ads Personalization."[23] "This association of data with these signed-in users is used to enable cross-device remarketing, and cross-device key events export to Google Ads."[24]

**B. Pinterest**

45. Pinterest wiretaps the Website with trackers associated with the "Pinterest tag," which is a "piece of code that [website operators, like Defendant] add to [their] website."[25] "The Pinterest Tag has two components: The base code that [that must be] place[d] on every page on [a] website[; and t]he event code that [must be] place[d] on pages where [one] want[s] to track conversions[.]"[26] Ultimately, "[t]here are three different ways to install the Pinterest tag['s code]: Use an integration partner[;] Email instructions to [a] developer or colleague who can install it for you[; or] Use manual set-up and install it yourself[.]"[27]

46. Installing the Pinterest tag "lets Pinterest track visitors to [a] site, as well as the actions they take on [a] site[.]"[28] As to the latter, Pinterest explains that, "[w]hen someone takes an action on [a] website, such as signing up for a newsletter or buying

---

[23] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[24] *Id.*

[25] PINTEREST, INSTALL THE PINTEREST TAG, https://help.pinterest.com/en/business/article/install-the-pinterest-tag.

[26] PINTEREST, TRACK CONVERSIONS WITH PINTEREST TAG, https://developers.pinterest.com/docs/track-conversions/pinterest-tag/. Pinterest further advises: "add the [Pinterest tag's] base code to every page of [a] website so that event codes can function[.]" PINTEREST, ADD THE BASE CODE TO YOUR WEBSITE, https://help.pinterest.com/en/business/article/install-the-base-code.

[27] PINTEREST, INSTALL THE PINTEREST TAG, https://help.pinterest.com/en/business/article/install-the-pinterest-tag.

[28] *Id.*

a product, it's known as a conversion."[29] There are several "different conversions [the Pinterest tag] can track[,]"[30] including: "AddPaymentInfo" ("Track people who enter payment information, such as a credit card number"); "AddToCart" ("Track people who add items to shopping carts"); "Checkout" ("Track people who complete transactions"); "CustomizeProduct" ("Track people who customize a product using a tool on [a] website or app"); "PageVisit" ("Track people who view primary pages, such as product pages and article pages"); "Search" ("Track people who search for products or services"); "Schedule" ("Track people who schedule an appointment at … [a] business location[]"); "SignUp" ("Track people who sign up for [a] product or service"); and "ViewContent" ("Track people who view site content").[31] The Pinterest tag can also "[t]rack [] custom event[s]" and "[p]artner-defined event[s]" set by website operators.[32]

47. As to tracking website visitors, Pinterest explains that the "Pinterest tag [] matches conversion data with the person responsible for the conversion[.]"[33] This is achieved through a few different means.

48. First, "[t]he Pinterest tag reads [a number of] cookies: _pinterest_sess[;] _pinterest_ct[;] _pinterest_ct_rt[;] _epik[;] _derived_epik[;] _pin_unauth[;] _pinterest_ct_ua[; and] _routing_id[.]"[34] Among other things, these cookies "contain [a] person's Pinterest ID as well as the person's authentication tokens if the person is

---

[29] PINTEREST, TRACK CONVERSIONS WITH PINTEREST TAG, https://developers.pinterest.com/docs/track-conversions/pinterest-tag/.

[30] PINTEREST, TRACK CONVERSIONS WITH THE PINTEREST TAG, https://help.pinterest.com/en/business/article/track-conversions-with-pinterest-tag.

[31] PINTEREST, TRACK CONVERSIONS WITH PINTEREST TAG, https://developers.pinterest.com/docs/track-conversions/pinterest-tag/.

[32] *Id.*

[33] PINTEREST, ENABLE OPTIONAL ENHANCED MATCH, https://help.pinterest.com/en/business/article/enhanced-match.

[34] PINTEREST, VIEW TAG PARAMETERS AND COOKIES, https://help.pinterest.com/en/business/article/pinterest-tag-parameters-and-cookies.

logged into Pinterest[,]" "use [] logged out user ID(s)" for those not logged into Pinterest, and help track users who "visit[] a page from a Pinterest ad[.]"[35]

49. Second, the Pinterest tag can collect "[a]n external ID[, which] is a unique ID that [is] use[d] to identify a single user[.]"[36] In its documentation regarding the related Pinterest Conversions API, Pinterest explains that "[a]n external ID is a string that represents a user or a browser on [a website operator's] system, such as a user ID or a loyalty ID. Adding [such] identifiers … helps improve [tracking] performance."[37] Often, external IDs are "stored in [a website operator's] CRM [(customer relationship management)] system and updated when a user … logs in on [a website operator's] site."[38]

50. Third, the Pinterest tag can collect "hashed information that customers have provided via form fields on [a] website," including "emails, first and last names, phone numbers, genders, birthdates, external IDs, cities, states, zip codes and countries."[39] This is used to "match … website visitors and conversions to people on Pinterest[.]"[40] "If [a website operator is] … installing the Pinterest tag for the first time, automatic enhanced match and all customer information details will be enabled by default."[41] Otherwise, website operators can manually configure "enhanced match[,]" which "sends hashed email addresses to Pinterest" to identify users and

---

[35] *Id.*

[36] PINTEREST, ENABLE OPTIONAL ENHANCED MATCH, https://help.pinterest.com/en/business/article/enhanced-match.

[37] PINTEREST, TRACK CONVERSIONS EVENTS IN THE API, https://developers.pinterest.com/docs/track-conversions/track-conversions-in-the-api/.

[38] *Id.*

[39] PINTEREST, ENABLE AUTOMATIC ENHANCED MATCHING, https://help.pinterest.com/en/business/article/automatic-enhanced-match.

[40] *Id.*

[41] *Id.*

"track cross-device checkouts[.]"[42]

**C. Snap**

51. Snap wiretaps the Website with trackers associated with the "Snap Pixel,"[43] which is a "piece of JavaScript code" that website operators, like Defendant, "place … within [their] website[s to] track[] the actions Snapchatters [and other users] take while browsing [the] site."[44] Specifically, the Snap Pixel "[m]easures [] conversion events"[45] – including a menu of "standard events" like "PURCHASE" ("[t]rack purchases"); "SAVE" ("[t]rack add to wishlist events of specific items"); "START_CHECKOUT" ("[t]rack checkout events"); "ADD_CART" ("[t]rack add to cart events of specific items"); "VIEW_CONTENT" ("[t]rack content view events"); "SEARCH" ("[t]rack search events"); "PAGE_VIEW" ("[t]rack webview pages"); and "RESERVE" ("[t]rack reservations").[46] The Snap Pixel can also "[t]rack … custom events" with "custom J[ava]S[cript] function[s]" set by website operators.[47]

52. When this data is transmitted to Snap, it is coupled with, *inter alia*, "[b]rowser level info[] … such as IP address, web page domain, user agent, document, referral, first and third-party cookies"; "[m]etadata … such as HTML tags"; and "a Pixel ID[.]"[48] In addition, the Snap Pixel can collect "user parameter[s] (email or phone number)" and "[f]irst [n]ame"; "[l]ast [n]ame"; "[c]ity"; "[s]tate"; "[z]ip

---

[42] PINTEREST, ENABLE OPTIONAL ENHANCED MATCH, https://help.pinterest.com/en/business/article/enhanced-match.

[43] SNAP, USING THE SNAP PIXEL, https://forbusiness.snapchat.com/blog/the-snap-pixel-how-it-works-and-how-to-install-it.

[44] *Id.*

[45] *Id.*

[46] SNAP, DIRECTLY IMPLEMENT THE PIXEL ON YOUR WEBSITE, https://businesshelp.snapchat.com/s/article/pixel-direct-implementation.

[47] *Id.*

[48] SNAP, PIXEL IMPLEMENTATION FAQS, https://businesshelp.snapchat.com/s/article/snap-pixel-faq.

[c]ode"; "[c]ountry"; and "[a]ge[.]"[49] The Snap Pixel's "Automated Matching" feature offers a way to streamline this "PII matching[,]"[50] by "automatically attempt[ing] to detect and send Snap information about [] customers such as information from forms on [a] website[,]" and then using "[t]hese high quality signals … to improve features associated with the Pixel such as targeting, measurement, and optimization."[51]

53. Thus, through the Snap Pixel, Snap can "match a customer e-mail or phone number back to a Snapchatter e-mail or phone number[]" and "attribute website actions to Snapchatters."[52] Indeed, Snap measures "how well [a website operator's P]ixel setup matches events to Snapchat Accounts[,]" with a metric called "Event Quality Score (EQS)."[53] This, in combination with the Snap Pixel's other features, helps "optimize ad delivery"; create Custom Audiences that "target users who have visited [a] site, completed specific actions, or engaged with [] ads";[54] and "create a type of Custom Audience called a Lookalike Audience, which seeks out people who … are similar to [a website's] best customers."[55]

//

//

---

[49] SNAP, DIRECTLY IMPLEMENT THE PIXEL ON YOUR WEBSITE, https://businesshelp.snapchat.com/s/article/pixel-direct-implementation.

[50] SNAP, PIXEL IMPLEMENTATION FAQS, https://businesshelp.snapchat.com/s/article/snap-pixel-faq.

[51] SNAP, PIXEL FAQS, https://businesshelp.snapchat.com/s/article/pixel-faqs.

[52] SNAP, PIXEL IMPLEMENTATION FAQS, https://businesshelp.snapchat.com/s/article/snap-pixel-faq.

[53] SNAP, SNAP PIXEL: POWER YOUR AD PERFORMANCE, https://forbusiness.snapchat.com/advertising/snap-pixel.

[54] *Id.*

[55] SNAP, USING THE SNAP PIXEL, https://forbusiness.snapchat.com/blog/the-snap-pixel-how-it-works-and-how-to-install-it.

## V. Defendant Aids, Agrees with, Employs, or Otherwise Enables the Third Parties to Wiretap Californians' Communications

### A. Google

54. Google, as enabled by Defendant, contemporaneously intercepts and/or otherwise obtains the following communications of Defendant's Website. The highlights in the below transmissions show communications on the website.

55. As highlighted below, Google intercepts the Screens 1 URL visited by Website users, which identifies that Website users have navigated to the Website's homepage. *See infra* ("https://www.diffeyewear.com/").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 0 |
| dl | https://www.diffeyewear.com/ |
| dt | DIFF Eyewear \| Charitable Designer Sunglasses That Give Back |
| en | page_view |

56. As highlighted below, Google intercepts the Screen 2 URL visited by Website users, which identifies the product category selected by Website users on Screen 1. *See infra* ("https://www.diffeyewear.com/collections/mens-eyeglasses..."). Google also intercepts the eyewear filters selected by Website Users on Screen 2, including frame shape (here, "Square"), lens type (here, "Prescription"), and color (here, "Green"). *See infra*.

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| dl | https://www.diffeyewear.com/collections/mens-eyeglasses?filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker&filter.p.m.diff.color=Green |
| dr | https://www.diffeyewear.com/collections/mens-eyeglasses?filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dt | Men's Eyeglasses - Designer Eyeglasses For Men \| DIFF Eyewear |
| en | page_view |

//

//

//

57. As highlighted below, Google intercepts the Screen 3 URL visited by Website users, which identifies the eyewear frame selected by Website users on Screen 2. *See infra* ("https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses...").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses?_pos=1&_fid=a5cb385fa&_ss=c&from_collection=mens-eyeglasses |
| dr | https://www.diffeyewear.com/collections/mens-eyeglasses?filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker&filter.p.m.diff.color=Green |
| dt | Parker Square Glasses \| Deep Ivy \| DIFF Eyewear |
| en | page_view |

58. As highlighted below, Google intercepts changes to the Screen 3 URL, which identifies new frame colors selected by Website users on Screen 3. *See infra* ("https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses...").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses |
| dr | https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses?_pos=1&_fid=a5cb385fa&_ss=c&from_collection=mens-eyeglasses |
| dt | Parker Square Glasses \| Sage Crystal \| Diff Eyewear |
| en | page_view |

59. As highlighted below, Google intercepts the prescription type selected by Website users on Screen 4 (here, "Single[]Vision"), lens purpose selected by Website users on Screen 5 (here, "Photochromic[]Lens"), and lens upgrades selected by Website users on Screen 6 (here, "Thin[]Lens[]Upgrade"). *See infra*. The foregoing is intercepted when a Website user clicks "Add to Cart" on Screen 8, confirming their selections. *See infra* ("add_to_cart").

//

//

//

uid ae615fc7-2627-495b-bef0-a3eb310ad396
sid 1764605971
sct 1
seg 1
dl https://www.diffeyewear.com/cart
dr https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses
dt Your Shopping Cart – DIFF Eyewear
_s 3
tfd 8808

Request Payload View source

en=add_to_cart&pr1=idDE01-0109-SGCLX~k0item_variant_id~v042922716463283~k1item_product_id~v17592242708659~nmPARKER%20-%20SAGE%20CRYSTAL%20%2B%20GLASSES~ln%2Fcollections%2Fmens-eyeglasses~li%2Fcollections%2Fmens-eyeglasses~brDIFF%20Eyewear~caPRESCRIPTION~vaDefault%20Title~qt1~pr79.00&ep.visitor_type=guest&epn.value=79&_et=2&cu=USD
en=add_to_cart&pr1=idLN-159~k0item_variant_id~v042577515380915~k1item_product_id~v17459358015667~nmLens~ln%2Fcollections%2Fmens-eyeglasses~li%2Fcollections%2Fmens-eyeglasses~brDIFF%20Eyewear~caLensOption~vaSingle%20Vision%20%2F%201.59~qt1~pr0.00&ep.visitor_type=guest&epn.value=0&_et=6&cu=USD&_tu=CA
en=add_to_cart&pr1=idLO-PH~k0item_variant_id~v043986916409523~k1item_product_id~v18011918606515~nmLens%20Treatments~ln%2Fcollections%2Fmens-eyeglasses~li%2Fcollections%2Fmens-eyeglasses~brDIFF%20Eyewear~caLensOption~vaPhotochromic%20Lens~qt1~pr100.00&ep.visitor_type=guest&epn.value=100&_et=2&cu=USD&_tu=CA
en=add_to_cart&pr1=idLO-TH~k0item_variant_id~v044024520114355~k1item_product_id~v11606053658670~nmLens%20Upgrade~ln%2Fcollections%2Fmens-eyeglasses~li%2Fcollections%2Fmens-eyeglasses~brDIFF%20Eyewear~caLensOption~vaThin%20Lens%20Upgrade~qt1~pr50.00&ep.visitor_type=guest&epn.value=50&_et=1&cu=USD&_tu=CA
en=view_cart&pr1=idDE01-0109-SGCLX~k0item_variant_id~v042922716463283~k1item_product_id~v17592242708659~nmPARKER%20-%20SAGE%20CRYSTAL%20%2B%20GLASSES~brDIFF%20Eyewear~caPRESCRIPTION~vaDefault%20Title~qt1~pr79.00&pr2=idLN-159~k0item_variant_id~v042577515380915~k1item_product_id~v17459358015667~nmLens~brDIFF%20Eyewear~caLensOption~vaSingle%20Vision%20%2F%201.59~qt1~pr0.00&pr3=idLO-PH~k0item_variant_id~v043986916409523~k1item_product_id~v18011918606515~nmLens%20Treatments~brDIFF%20Eyewear~caLensOption~vaPhotochromic%20Lens~qt1~pr100.00&pr4=idLO-TH~k0item_variant_id~v044024520114355~k1item_product_id~v11606053658670~nmLens%20Upgrade~brDIFF%20Eyewear~caLensOption~vaThin%20Lens%20Upgrade~qt1~pr50.00&ep.visitor_type=guest&ep.value=229.00&_et=2&cu=USD&_tu=CA
en=view_cart&ep.visitor_type=guest&_et=845&_tu=CA
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=10%25&_et=412&dp=%2Fcart&_tu=CA
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=20%25&_et=5&dp=%2Fcart
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=30%25&_et=6&dp=%2Fcart
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=40%25&_et=9&dp=%2Fcart
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=50%25&_et=7&dp=%2Fcart
en=Scroll%20Rate&ep.visitor_type=guest&ep.percentage=60%25&_et=8&dp=%2Fcart
en=top_nav_hover&ep.visitor_type=guest&ep.cta_label=prescription&_et=825&dp=%2Fcart
en=top_nav_hover&ep.visitor_type=guest&ep.cta_label=best%20sellers&_et=669&dp=%2Fcart
en=top_nav_hover&ep.visitor_type=guest&ep.cta_label=prescription&_et=1173&dp=%2Fcart

60. As highlighted below, Google intercepts the Screen 9 URL visited by Website users, which identifies the eyewear frame viewed by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear...").

uid ae615fc7-2627-495b-bef0-a3eb310ad396
sid 1764605971
sct 1
seg 1
dl https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear?from_collection=prescription-eyeglasses
dr https://www.diffeyewear.com/collections/prescription-eyeglasses
dt Jessie James Decker Winston Glasses | Black | DIFF Eyewear
en page_view

61. As highlighted below, Google intercepts changes to the Screen 9 URL, which identifies new frame colors selected by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses |
| dr | https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear?from_collection=prescription-eyeglasses |
| dt | Jessie James Decker Nash Glasses \| Espresso Tort \| DIFF Eyewear |
| en | page_view |

62. As highlighted below, Google intercepts the prescription type selected by Website users on Screen 10A (here, "Reading") along with the reading lens magnification selected by Website users on Screen 11 (here, "2.25"). As highlighted below, Google intercepts the lens purpose selected by Website users on Screen 10B (here, "Blue[]Light"). As highlighted below, Google intercepts the lens upgrades selected by Website users on Screen 10C (here, "protection[]plan"). *See infra*. The foregoing is intercepted when a Website user clicks "Add to Cart" on Screen 12, confirming their selections. *See infra* ("add_to_cart").

//

//

//

//

//

//

//

//

//

//

//

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/cart |
| dr | https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses |
| dt | Your Shopping Cart – DIFF Eyewear |
| _s | 3 |
| tfd | 8075 |

▾ Request Payload View source

en=add_to_cart&pr1=idDE01-0779-ETCLX~k0item_variant_id~v044537246023859~k1item_product_id~v18213576188083~nmJESSIE%20JAMES%20DECKER%20-%20NASH%20%2B%20ESPRESSO%20TORTOISE%20%2B%20GLASSES~ln%2Fcollections%2Fprescription-eyeglasses~li%2Fcollections%2Fprescription-eyeglasses~brDIFF%20Eyewear~caJJD~vaDefault%20Title~qt1~pr84.00&ep.visitor_type=guest&epn.value=84&_et=1&cu=USD
en=add_to_cart&pr1=idRD-225-15~k0item_variant_id~v042577539236019~k1item_product_id~v17459364733107~nmReading%20Lens~ln%2Fcollections%2Fprescription-eyeglasses~li%2Fcollections%2Fprescription-eyeglasses~brDIFF%20Eyewear~caLensOption~vaReading%20%2B2.25%20%2F%201.5~qt1~pr0.00&ep.visitor_type=guest&epn.value=0&_et=3&cu=USD&_tu=CA
en=add_to_cart&pr1=idLO-BB~k0item_variant_id~v043986914017459~k1item_product_id~v18011918606515~nmLens%20Treatments~ln%2Fcollections%2Fprescription-eyeglasses~li%2Fcollections%2Fprescription-eyeglasses~brDIFF%20Eyewear~caLensOption~vaBlue%20Light%20Lens~qt1~pr38.00&ep.visitor_type=guest&epn.value=38&_et=2&cu=USD&_tu=CA
en=add_to_cart&pr1=idPLAN-28~k0item_variant_id~v042824696037555~k1item_product_id~v17556782293171~nmWorry-Free%20RX%20Protection%20Plan~ln%2Fcollections%2Fprescription-eyeglasses~li%2Fcollections%2Fprescription-eyeglasses~brDIFF%20Eyewear~caprotection%20plan~vaDefault%20Title~qt1~pr28.00&ep.visitor_type=guest&epn.value=28&_et=2&cu=USD&_tu=CA
en=view_cart&pr1=idDE01-0779-ETCLX~k0item_variant_id~v044537246023859~k1item_product_id~v18213576188083~nmJESSIE%20JAMES%20DECKER%20-%20NASH%20%2B%20ESPRESSO%20TORTOISE%20%2B%20GLASSES~brDIFF%20Eyewear~caJJD~vaDefault%20Title~qt1~pr84.00&pr2=idRD-225-15~k0item_variant_id~v042577539236019~k1item_product_id~v17459364733107~nmReading%20Lens~brDIFF%20Eyewear~caLensOption~vaReading%20%2B2.25%20%2F%201.5~qt1~pr0.00&pr3=idLO-BB~k0item_variant_id~v043986914017459~k1item_product_id~v18011918606515~nmLens%20Treatments~brDIFF%20Eyewear~caLensOption~vaBlue%20Light%20Lens~qt1~pr38.00&pr4=idPLAN-28~k0item_variant_id~v042824696037555~k1item_product_id~v17556782293171~nmWorry-Free%20RX%20Protection%20Plan~brDIFF%20Eyewear~caprotection%20plan~vaDefault%20Title~qt1~pr28.00&pr5=idDE01-0109-SGCLX~k0item_variant_id~v042922716463283~k1item_product_id~v17592242708659~nmPARKER%20-%20SAGE%20CRYSTAL%20%2B%20GLASSES~brDIFF%20Eyewear~caPRESCRIPTION~vaDefault%20Title~qt1~pr79.00&pr6=idLN-159~k0item_variant_id~v042577515380915~k1item_product_id~v17459358015667~nmLens~brDIFF%20Eyewear~caLensOption~vaSingle%20Vision%20%2F%201.59~qt1~pr0.00&pr7=idLO-PH~k0item_variant_id~v043986916409523~k1item_product_id~v18011918606515~nmLens%20Treatments~brDIFF%20Eyewear~caLensOption~vaPhotochromic%20Lens~qt1~pr100.00&pr8=idLO-TH~k0item_variant_id~v044024520114355~k1item_product_id~v11606053658670~nmLens%20Upgrade~brDIFF%20Eyewear~caLensOption~vaThin%20Lens%20Upgrade~qt1~pr50.00&ep.visitor_type=guest&ep.value=379.00&_et=2&cu=USD&_tu=CA

63. As highlighted below, Google intercepts the Screen 14 URL visited by Website users, which identifies that Website users have navigated to the Website's checkout page. *See infra* ("https://www.diffeyewear.com/...checkouts/...").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/web-pixels@ae1676cfwd2530674p4253c800m34e853cb/custom/web-pixel-41615539@1/sandbox/modern/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05qmpNDysiM&auto_redirect=false&edge_redirect=true&skip_shop_pay=true |
| dr | https://www.diffeyewear.com/ |
| dt | Checkout - DIFF Eyewear |
| en | page_view |
| ep.visitor_type | guest |
| tfd | 3309 |

64. As highlighted below, Google intercepts extra items added to the cart by Website users on Screen 13. *See infra* ("Folding[]Case").

| | |
|---|---|
| uid | ae615fc7-2627-495b-bef0-a3eb310ad396 |
| sid | 1764605971 |
| sct | 1 |
| seg | 1 |
| dl | https://www.diffeyewear.com/web-pixels@ae1676cfwd2530674p4253c800m34e853cb/custom/web-pixel-41615539@1/sandbox/modern/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05qmpNDysiM&auto_redirect=false&edge_redirect=true&skip_shop_pay=true |
| dr | https://www.diffeyewear.com/ |
| dt | Checkout - DIFF Eyewear |
| _s | 2 |
| tfd | 3603 |

Request Payload View source

en=add_to_cart&pr1=idBK-CASE-02~k0item_variant_id~v016543585599534~k1item_product_id~v11814986620974~nmFolding%20Case%20-%20Black~ln%2Fcollections%2Fprescription-eyeglasses~li%2Fcollections%2Fprescription-eyeglasses~brDIFF%20Eyewear~caCASE~vaDefault%20Title~qt1~pr15.00&ep.visitor_type=guest&epn.value=15&cu=USD

**B. Pinterest**

65. Pinterest, as enabled by Defendant, contemporaneously intercepts the following Website communications.

66. As highlighted below, Pinterest intercepts the Screens 1 URL visited by Website users, which identifies that Website users have navigated to the Website's homepage. *See infra* ("https://www.diffeyewear.com/").

| | |
|---|---|
| event | pagevisit |
| ed | {"event_id":"EQzQWI_wNR1PaLbGMF1ZM","np":"gtm","gtm_version":"legacy"} |
| tid | 2620873541789 |
| cb | 1764605972108 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/","ref":"","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true} |

67. As highlighted below, Pinterest intercepts the Screen 2 URL visited by Website users, which identifies the product category selected by Website users on Screen 1. *See infra* ("https://www.diffeyewear.com/collections/mens-eyeglasses..."). Pinterest also intercepts the eyewear filters selected by Website Users on Screen 2, including frame shape (here, "Square"), lens type (here, "Prescription"), and color

(here, “Green”). *See infra*.

event viewcategory

ed {"category_name":"Men's Eyeglasses - Designer Eyeglasses For Men | DIFF Eyewear","event_id":"VJzlqJmrMwgztC1UGWqe8","line_items":[{"product_name":"PARKER - DEEP IVY + GLASSES","product_variant":"Default Title","product_id":"8041039364275","product_variant_id":"44064782909619","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"79.00"},{"product_name":"PARKER - BROWN FLEUR + GLASSES","product_variant":"Default Title","product_id":"8286367482035","product_variant_id":"44796253044915","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"79.00"},{"product_name":"JAXSON - BLACK + GLASSES","product_variant":"BLACK","product_id":"1505470447662","product_variant_id":"13698130083886","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"49.00"}],"np":"gtm","gtm_version":"legacy"}

tid 2620873541789

pd {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"}

cb 1764606022241

dep 4,TAGS_RECEIVED

stc true

ad {"loc":"https://www.diffeyewear.com/collections/mens-eyeglasses?filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker&filter.p.m.diff.color=Green","ref":"https://www.diffeyewear.com/collections/prescription-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true}

68. As highlighted below, Pinterest intercepts the Screen 3 URL visited by Website users, which identifies the eyewear frame selected by Website users on Screen 2. *See infra* (“https://www.diffeyewear.com/collections/mens-eyeglasses/products/-parker-deep-ivy-clear-glasses...”).

event pagevisit

ed {"line_items":[{"product_name":"PARKER - DEEP IVY + GLASSES","product_variant":"Default Title","product_id":"8041039364275","product_variant_id":"44064782909619","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"79.00"}],"currency":"USD","event_id":"EjXXN4-qSss3oFfulVRni","np":"gtm","gtm_version":"legacy"}

tid 2620873541789

pd {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA","aem_fn":"acd234adf0812f5e8cc038c7049c90e52b11c586ae778e38c157b57f52bd3397","aem_eligible_list":["fn"]}

cb 1764606027722

dep 4,TAGS_RECEIVED

stc true

ad {"loc":"https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses?_pos=1&_fid=a5cb385fa&_ss=c&from_collection=mens-eyeglasses","ref":"https://www.diffeyewear.com/collections/mens-eyeglasses?filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker&filter.p.m.diff.color=Green","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true}

69. As highlighted below, Pinterest intercepts changes to the Screen 3 URL, which identifies new frame colors selected by Website users on Screen 3. *See infra* (“https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses...”).

| | |
|---|---|
| event | pagevisit |
| ed | {"line_items":[{"product_name":"PARKER - SAGE CRYSTAL + GLASSES","product_variant":"Default Title","product_id":"7592242708659","product_variant_id":"42922716463283","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"79.00"}],"currency":"USD","event_id":"JVIAkRIMIgSJa7iEZtYCM","np":"gtm","gtm_version":"legacy"} |
| tid | 2620873541789 |
| cb | 1764606042635 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA","aem_fn":"e3c11e5d1e538e4b9346ff2156857cfb08c9f46b0f4552584c133cbe5cadda59","aem_eligible_list":["fn"]} |
| ad | {"loc":"https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses","ref":"https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses?_pos=1&_fid=a5cb385fa&_ss=c&from_collection=mens-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true} |

70. As highlighted below, Pinterest intercepts the frame selected by Website users on Screen 3 (here, "PARKER – SAGE CRYSTAL + GLASSES"), prescription type selected by Website users on Screen 4 (here, "Single Vision"), lens purpose selected by Website users on Screen 5 (here, "Photochromic Lens"), and lens upgrades selected by Website users on Screen 6 (here, "Thin Lens Upgrade"). *See infra*. The foregoing is intercepted when a Website user clicks "Add to Cart" on Screen 8, confirming their selections. *See infra* ("addtocart").

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"PARKER - SAGE CRYSTAL + GLASSES","product_variant":"Default Title","product_id":"7592242708659","product_variant_id":"42922716463283","product_category":"PRESCRIPTION","product_brand":"DIFF Eyewear","product_price":"79.00","product_quantity":"1"}],"event_id":"GDump3DLB722yuu_IcLCL","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":79,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606092821 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEp |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Lens","product_variant":"Single Vision / 1.59","product_id":"7459358015667","product_variant_id":"42577515380915","product_category":"LensOption","product_brand":"DIFF Eyewear","product_price":"0.00","product_quantity":"1"}],"event_id":"3tC3IT2msutr76P_1GeSY","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":0,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606092819 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEp |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Lens Treatments","product_variant":"Photochromic Lens","product_id":"8011918606515","product_variant_id":"43986916409523","product_category":"LensOption","product_brand":"DIFF Eyewear","product_price":"100.00","product_quantity":"1"}],"event_id":"15VXhBpH3PjqcEC5uCqF2","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":100,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606092814 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEp |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Lens Upgrade","product_variant":"Thin Lens Upgrade","product_id":"1606053658670","product_variant_id":"44024520114355","product_category":"LensOption","product_brand":"DIFF Eyewear","product_price":"50.00","product_quantity":"1"}],"event_id":"b8tK9AuANNH3y36x5snpg","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":50,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606092831 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEp |

71. As highlighted below, Pinterest intercepts the Screen 9 URL visited by Website users, which identifies the eyewear frame viewed by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear...").

| | |
|---|---|
| event | pagevisit |
| ed | {"line_items":[{"product_name":"JESSIE JAMES DECKER - WINSTON + BLACK + GLASSES","product_variant":"Default Title","product_id":"6700402049203","product_variant_id":"39837165945011","product_category":"JJD","product_brand":"DIFF Eyewear","product_price":"84.00"}],"currency":"USD","event_id":"nbsszIU2unD-7vNPBRkl_","np":"gtm","gtm_version":"legacy"} |
| tid | 2620873541789 |
| cb | 1764606107456 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA","aem_fn":"6e71c77cae111e34c98cfb1038d5a940bc5b7c6f29ffe891a67fe4bbe5596cf8","aem_eligible_list":["fn"]} |
| ad | {"loc":"https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear?from_collection=prescription-eyeglasses","ref":"https://www.diffeyewear.com/collections/prescription-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true} |

72. As highlighted below, Pinterest intercepts changes to the Screen 9 URL, which identifies new frame colors selected by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses").

| | |
|---|---|
| event | pagevisit |
| ed | {"line_items":[{"product_name":"JESSIE JAMES DECKER - NASH + ESPRESSO TORTOISE + GLASSES","product_variant":"Default Title","product_id":"8213576188083","product_variant_id":"44537246023859","product_category":"JJD","product_brand":"DIFF Eyewear","product_price":"84.00"}],"currency":"USD","event_id":"HLy8nA3Ye3kGb1Fnv0YTF","np":"gtm","gtm_version":"legacy"} |
| tid | 2620873541789 |
| cb | 1764606113356 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA","aem_fn":"460d8ebb22efcc1c767091b772dc0066bc5778a3510dd499f87ca2ba476dd1f9","aem_eligible_list":["fn"]} |
| ad | {"loc":"https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses","ref":"https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear?from_collection=prescription-eyeglasses","if":false,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true} |

73. As highlighted below, Pinterest intercepts the frame selected by Website users on Screen 3 (here, "JESSIE JAMES DECKER – NASH + ESPRESSO TORTOISE + GLASSES"), prescription type selected by Website users on Screen 10A with the reading lens magnification selected on Screen 11 (here, "Reading +2.25"); the lens purpose selected by Website users on Screen 10B (here, "Blue Light Lens"); and the lens upgrades selected by Website users on Screen 10C (here, "Worry-Free RX Protection Plan"). *See infra*. The foregoing is intercepted when a user clicks "Add to Cart" on Screen 12, confirming their selections. *See infra* ("addtocart").

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"JESSIE JAMES DECKER - NASH + ESPRESSO TORTOISE + GLASSES","product_variant":"Default Title","product_id":"8213576188083","product_variant_id":"44537246023859","product_category":"JJD","product_brand":"DIFF Eyewear","product_price":"84.00","product_quantity":"1"}],"event_id":"CVx8OzVhgo-AF0W898Ri-","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":84,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606147711 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-t |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Lens Treatments","product_variant":"Blue Light Lens","product_id":"8011918606515","product_variant_id":"43986914017459","product_category":"LensOption","product_brand":"DIFF Eyewear","product_price":"38.00","product_quantity":"1"}],"event_id":"D0jnKfyKe58Y4dFPBKdhs","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":38,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606147712 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-t |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Worry-Free RX Protection Plan","product_variant":"Default Title","product_id":"7556782293171","product_variant_id":"42824696037555","product_category":"protection plan","product_brand":"DIFF Eyewear","product_price":"28.00","product_quantity":"1"}],"event_id":"kb8x-Vls2vCL25plVsgBs","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":28,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606147729 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-t |

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Reading Lens","product_variant":"Reading +2.25 / 1.5","product_id":"7459364733107","product_variant_id":"42577539236019","product_category":"LensOption","product_brand":"DIFF Eyewear","product_price":"0.00","product_quantity":"1"}],"event_id":"SBN5QytNAxeHJYAI6ZRo-","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":0,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606147714 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/cart","ref":"https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-t |

74. As highlighted below, Pinterest intercepts the Screen 14 URL visited by Website users, which identifies that Website users have navigated to the Website's checkout page. *See infra* ("https://www.diffeyewear.com/checkouts/...").

| | |
|---|---|
| cb | 1764606162337 |
| ed | {"np":"shopify-web-pixel","eventID":"sh-dab93684-D4FB-449A-101C-EFEBE9BC6769"} |
| ad | {"mh":"81018cb1","sh":1080,"sw":1920,"loc":"https://www.diffeyewear.com/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05qmpNDysiM&auto_redirect=false&edge_redirect=true&skip_shop_pay=true","ref":"https://www.diffeyewear.com/","if":true,"language":"en-US"} |
| pd | {"np":"shopify-web-pixel","external_id":"7f947b4d9f3dfc02144a35373ff64340eb89bf0720ec5bdeccafb96b759a0a59"} |
| tid | 2617378812543 |

75. As highlighted below, Pinterest intercepts extra items added to the cart by Website users on Screen 13. *See infra* ("Folding Case - Black").

| | |
|---|---|
| event | addtocart |
| ed | {"line_items":[{"product_name":"Folding Case - Black","product_variant":"Default Title","product_id":"1814986620974","product_variant_id":"16543585599534","product_category":"CASE","product_brand":"DIFF Eyewear","product_price":"15.00","product_quantity":"1"}],"event_id":"ao4pBt1_r33Qd_wb4dl1d","np":"gtm","gtm_version":"legacy","order_quantity":"1","value":15,"currency":"USD"} |
| tid | 2620873541789 |
| cb | 1764606165029 |
| dep | 5,EVENT_TAGS_ABSENT |
| pd | {"np":"gtm","gtm_version":"legacy","pin_unauth":"dWlkPU9EUXpaakkxTkdNdE1ETTVaQzAwTTJJeExUZzRPVFF0WXpJeFl6a3dNemc1T1RsaA"} |
| ad | {"loc":"https://www.diffeyewear.com/web-pixels@ae1676cfwd2530674p4253c800m34e853cb/custom/web-pixel-41615539@1/sandbox/modern/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05qmpNDysiM&auto_redirect=false&edge_redirect=true&skip_shop_pay=true","ref":"https://www.diffeyewear.com/","if":true,"sh":1080,"sw":1920,"mh":"817db39b","is_eu":false,"epikDataSource":null,"derivedEpikDataSource":null,"unauthIdDataSource":"fpc_ls","architecture":"x86","bitness":"64","brands":[{"brand":"Not(A:Brand","version":"8"},{"brand":"Chromium","version":"144"},{"brand":"Google Chrome","version":"144"}],"mobile":false,"model":"","platform":"Windows","platformVersion":"19.0.0","uaFullVersion":"144.0.7534.3","ecm_enabled":true} |

### C. Snap

76. Snap, as enabled by Defendant, contemporaneously intercepts the following Website communications.

77. As highlighted below, Snap intercepts the Screens 1 URL visited by Website users, which identifies that Website users have navigated to the Website's homepage. *See infra* ("https://www.diffeyewear.com/").

```
ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/"
v: "3.53.1-2511202206"
▾ req: [,…]
  ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 107}
    del: 107
    ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
      cdid: "sh-dab64c39-F628-4EC6-A087-F28C0D0D428B"
      ev: "PAGE_VIEW"
      intg: "shopify-wpe"
      pid: "0da6c2b1-7864-4255-b322-966524e5278e"
      u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
      u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
      u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

78. As highlighted below, Snap intercepts the Screen 2 URL visited by Website users, which identifies the product category selected by Website users on Screen 1. *See infra* ("https://www.diffeyewear.com/collections/mens-eyeglasses..."). Snap also intercepts the eyewear filters selected by Website Users on Screen 2, including frame shape (here, "Square"), lens type (here, "Prescription"), and color (here, "Green"). *See infra*. Additionally, Snap intercepts when Website users click on "SELECT LENS" on Screen 2, to proceed to the subsequent Screen. *See infra* ("SELECT LENS").

```
ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/collections/mens-eyeglasses?
     filter.p.m.diff.frame_shape=Square&filter.p.m.diff.lens_type=Prescription&filter.p.m.diff.collection=Parker&filter
     .p.m.diff.color=Green"
v: "3.53.1-2511202206"
▾ req: [{md: {btx: "SELECT LENS", btc: "btn btn--block btn--primary",…}, del: 16},…]
  ▾ 0: {md: {btx: "SELECT LENS", btc: "btn btn--block btn--primary",…}, del: 16}
    del: 16
    ▾ md: {btx: "SELECT LENS", btc: "btn btn--block btn--primary",…}
      btc: "btn btn--block btn--primary"
      btx: "SELECT LENS"
      ▾ pids: ["0da6c2b1-7864-4255-b322-966524e5278e"]
        0: "0da6c2b1-7864-4255-b322-966524e5278e"
  ▸ 1: {md: {pids: ["0da6c2b1-7864-4255-b322-966524e5278e"], ps: false}, del: 0}
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

79. As highlighted below, Snap intercepts the Screen 3 URL visited by Website users, which identifies the eyewear frame selected by Website users on Screen 2. *See infra* ("https://www.diffeyewear.com/collections/mens-eyeglasses/products/-parker-deep-ivy-clear-glasses...").

```
    ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
    url: "https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-
        glasses?_pos=1&_fid=a5cb385fa&_ss=c"
    v: "3.53.1-2511202206"
  ▾ req: [,…]
    ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 175}
        del: 175
      ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
          cdid: "sh-dab71c35-7A2D-47B9-638B-F708745B73AF"
          ev: "PAGE_VIEW"
          gac: "a1304aac"
          intg: "shopify-wpe"
          pid: "0da6c2b1-7864-4255-b322-966524e5278e"
          u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
          u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
          u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
    ▸ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "VIEW_CONTENT", intg: "shopify-wpe",…}, del: 174}
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

80. As highlighted below, Snap intercepts when Website users click on a new eyewear frame color on Screen 3. *See infra* ("PARKER – SAGE CRYSTAL + GLASSES").

```
    ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
    url: "https://www.diffeyewear.com/collections/mens-eyeglasses/products/parker-deep-ivy-clear-glasses?
        _pos=1&_fid=a5cb385fa&_ss=c&from_collection=mens-eyeglasses"
    v: "3.53.1-2511202206"
  ▾ req: [{md: {btx: "Color swatch for PARKER - SAGE CRYSTAL + GLASSES",…}, del: 9},…]
    ▾ 0: {md: {btx: "Color swatch for PARKER - SAGE CRYSTAL + GLASSES",…}, del: 9}
        del: 9
      ▾ md: {btx: "Color swatch for PARKER - SAGE CRYSTAL + GLASSES",…}
          btc: "color-picker-ab__item-button color-picker-ab__icon-button"
          btx: "Color swatch for PARKER - SAGE CRYSTAL + GLASSES"
        ▾ pids: ["0da6c2b1-7864-4255-b322-966524e5278e"]
            0: "0da6c2b1-7864-4255-b322-966524e5278e"
    ▸ 1: {md: {pids: ["0da6c2b1-7864-4255-b322-966524e5278e"], ps: false}, del: 0}
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

81. As highlighted below, Snap intercepts changes to the Screen 3 URL, which identifies new frame colors selected by Website users on Screen 3. *See infra* ("https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses..."). Snap also intercepts when Website users click on "SELECT YOUR LENS & BUY" on Screen 3, to proceed to the subsequent Screen. *See infra* ("SELECT YOUR LENS & BUY").

//

```
ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses"
v: "3.53.1-2511202206"
▾ req: [{t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 17},…]
  ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 17}
     del: 17
    ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
       cdid: "sh-dab758c6-C366-44D8-4D3F-0BFEAF4CBA79"
       ev: "PAGE_VIEW"
       gac: "a1304aac"
       intg: "shopify-wpe"
       pid: "0da6c2b1-7864-4255-b322-966524e5278e"
       u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
       u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
       u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
  ▸ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "VIEW_CONTENT", intg: "shopify-wpe",…}, del: 15}
 u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

```
ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses?from_collection=mens-eyeglasses"
v: "3.53.1-2511202206"
▾ req: [{md: {btx: "SELECT YOUR LENS & BUY",…}, del: 129}]
  ▾ 0: {md: {btx: "SELECT YOUR LENS & BUY",…}, del: 129}
     del: 129
    ▾ md: {btx: "SELECT YOUR LENS & BUY",…}
       btc: "btn btn--block btn--primary add-to-cart--pdp modal__checkout_open"
       btx: "SELECT YOUR LENS & BUY"
      ▾ pids: ["0da6c2b1-7864-4255-b322-966524e5278e"]
         0: "0da6c2b1-7864-4255-b322-966524e5278e"
 u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

82. As highlighted below, Snap intercepts the prescription type selected by Website users on Screen 4 (here, "Single Vision"), lens purpose selected by Website users on Screen 5 (here, "Photochromic Lens"), and lens upgrades selected by Website users on Screen 6 (here, "Thin Lens Upgrade"). *See infra*. The foregoing is intercepted when a Website user clicks "Add to Cart" on Screen 8, confirming their selections. *See infra* ("ADD_CART").

//

//

//

//

//

//

//

//

//

```
url: "https://www.diffeyewear.com/products/parker-sage-crystal-clear-glasses"
v: "3.53.1-2511202206"
▾ req: [{t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 18},…]
  ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 18}
    del: 18
    ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
      cdid: "sh-dab8d79c-D870-4975-2587-7DF57B9B0243"
      e_cur: "USD"
      e_desc: "Thin Lens Upgrade"
      e_ic: "1606053658670"
      ▸ e_iids: ["44024520114355"]
      e_pr: 50
      ev: "ADD_CART"
      gac: "a1304aac"
      intg: "shopify-wpe"
      pid: "0da6c2b1-7864-4255-b322-966524e5278e"
      u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
      u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
      u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
  ▾ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 16}
    del: 16
    ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
      cdid: "sh-dab8d7a5-7C75-4AE7-8FE7-9CCF5E006F82"
      e_cur: "USD"
      e_desc: "Photochromic Lens"
      e_ic: "8011918606515"
      ▸ e_iids: ["43986916409523"]
      e_pr: 100
      ev: "ADD_CART"
      gac: "a1304aac"
      intg: "shopify-wpe"
      pid: "0da6c2b1-7864-4255-b322-966524e5278e"
      u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
      u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
      u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
  ▾ 2: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 13}
    del: 13
    ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
      cdid: "sh-dab8d7ac-8356-4943-EDD6-9F163C8693E3"
      e_cur: "USD"
      e_desc: "Single Vision / 1.59"
      e_ic: "7459358015667"
      ▸ e_iids: ["42577515380915"]
      e_pr: 0
      ev: "ADD_CART"
      gac: "a1304aac"
      intg: "shopify-wpe"
      pid: "0da6c2b1-7864-4255-b322-966524e5278e"
      u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
      u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
      u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

83. As highlighted below, Snap intercepts the Screen 9 URL visited by Website users, which identifies the eyewear frame viewed by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear...").

//

//

//

//

ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/products/jessie-james-decker-winston-black-clear"
v: "3.53.1-2511202206"
▾ req: [,…]
▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 108}
del: 108
▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
cdid: "sh-dab8553e-A7D7-4D36-2D76-539DE513E6ED"
ev: "PAGE_VIEW"
gac: "a1304aac"
intg: "shopify-wpe"
pid: "0da6c2b1-7864-4255-b322-966524e5278e"
u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
▸ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "VIEW_CONTENT", intg: "shopify-wpe",…}, del: 107}
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"

84. As highlighted below, Google intercepts changes to the Screen 9 URL, which identifies new frame colors selected by Website users on Screen 9. *See infra* ("https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses").

ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses"
v: "3.53.1-2511202206"
▾ req: [,…]
▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 173}
del: 173
▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
cdid: "sh-dab86a86-E08A-49A8-F468-E66878D4A3C8"
ev: "PAGE_VIEW"
gac: "a1304aac"
intg: "shopify-wpe"
pid: "0da6c2b1-7864-4255-b322-966524e5278e"
u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
▾ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "VIEW_CONTENT", intg: "shopify-wpe",…}, del: 172}
del: 172
▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "VIEW_CONTENT", intg: "shopify-wpe",…}
cdid: "sh-dab86a8c-6FD6-44A2-7863-3A95A0402061"
e_cur: "USD"
e_desc: "Default Title"
e_ic: "8213576188083"
▸ e_iids: ["44537246023859"]
e_pr: 84
ev: "VIEW_CONTENT"
gac: "a1304aac"
intg: "shopify-wpe"
pid: "0da6c2b1-7864-4255-b322-966524e5278e"
u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"

85. As highlighted below, Snap intercepts the prescription type selected by Website users on Screen 10A with the reading lens magnification selected on Screen

11 (here, "Reading +2.25"), as well as the lens purpose selected by Website users on Screen 10B (here, "Blue Light Lens"). *See infra*. The foregoing is intercepted when a user clicks "Add to Cart" on Screen 12, confirming their selections. *See infra* ("ADD_CART").

```
url: "https://www.diffeyewear.com/products/jessie-james-decker-nash-espresso-tortoise-glasses"
v: "3.53.1-2511202206"
▾ req: [{t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 154},…]
 ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 154}
   del: 154
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
    cdid: "sh-dab97368-F80D-4B01-7038-C0291108B2D4"
    e_cur: "USD"
    e_ic: "7556782293171"
   ▸ e_iids: ["42824696037555"]
    e_pr: 28
    ev: "ADD_CART"
    gac: "a1304aac"
    intg: "shopify-wpe"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
    u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
    u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
 ▾ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 151}
   del: 151
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
    cdid: "sh-dab97374-7F34-4CE3-700B-A62C7A5AD4B1"
    e_cur: "USD"
    e_desc: "Blue Light Lens"
    e_ic: "8011918606515"
   ▸ e_iids: ["43986914017459"]
    e_pr: 38
    ev: "ADD_CART"
    gac: "a1304aac"
    intg: "shopify-wpe"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
    u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
    u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
 ▾ 2: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}, del: 148}
   del: 148
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_CART", intg: "shopify-wpe",…}
    cdid: "sh-dab9737e-1021-4B70-6EA4-6C300C0521E7"
    e_cur: "USD"
    e_desc: "Reading +2.25 / 1.5"
    e_ic: "7459364733107"
   ▸ e_iids: ["42577539236019"]
    e_pr: 0
    ev: "ADD_CART"
    gac: "a1304aac"
    intg: "shopify-wpe"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
    u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
    u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

86. As highlighted below, Snap intercepts the Screen 13 URL visited by Website users, which identifies they have navigated to their cart. *See infra* ("https://www.diffeyewear.com/cart").

```
url: "https://www.diffeyewear.com/cart"
v: "3.53.1-2511202206"
▾ req: [,…]
 ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 106}
   del: 106
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
    cdid: "sh-dab8f117-F9D6-4D56-6EE2-89A0EF1ACC43"
    ev: "PAGE_VIEW"
    gac: "a1304aac"
    intg: "shopify-wpe"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
```

87. As highlighted below, Snap intercepts when Website users proceed to the Screen 14 checkout screen, along with items previously added to their cart. *See infra* ("https://www.diffeyewear.com/checkout" and "START_CHECKOUT"). In addition to items previously discussed, Snap intercepts extra items added to the cart by Website users on Screen 13. *See infra* ("Folding Case - Black").

```
ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
url: "https://www.diffeyewear.com/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-
    QbuWQ8mU_eNEvj05qmpNDysiM&auto_redirect=false&edge_redirect=true&skip_shop_pay=true"
v: "3.53.1-2511202206"
▾ req: [,…]
 ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}, del: 170}
   del: 170
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "PAGE_VIEW", intg: "shopify-wpe",…}
    cdid: "sh-dab93684-D4FB-449A-101C-EFEBE9BC6769"
    ev: "PAGE_VIEW"
    gac: "a1304aac"
    intg: "shopify-wpe"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
    u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
    u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
 ▾ 1: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "START_CHECKOUT", intg: "shopify-wpe",…},…}
   del: 105
  ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "START_CHECKOUT", intg: "shopify-wpe",…}
    cdid: "sh-dab93686-7AF7-4CED-28F2-099B9A33AB01"
   ▸ e_bds: ["DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear",…]
    e_cur: "USD"
    e_desc: "[{\"title\":\"Folding Case -
          Black\",\"quantity\":1,\"product_id\":\"1814986620974\",\"variant_id\":\"16543585599534\",\"sku\":\"BK-CASE-
          02\",\"variant_title\":\"\",\"product_vendor\":\"DIFF Eyewear\",\"price\":15},{\"title\":\"JESSIE JAMES DECKE
          NASH + ESPRESSO TORTOISE +
          GLASSES\",\"quantity\":1,\"product_id\":\"8213576188083\",\"variant_id\":\"44537246023859\",\"sku\":\"DE01-07
          ETCLX\",\"variant_title\":\"\",\"product_vendor\":\"DIFF Eyewear\",\"price\":84},{\"title\":\"Reading
          Lens\",\"quantity\":1,\"product_id\":\"7459364733107\",\"variant_id\":\"42577539236019\",\"sku\":\"RD-225-
          15\",\"variant_title\":\"Reading +2.25 / 1.5\",\"product_vendor\":\"DIFF Eyewear\",\"price\":0},{\"title\":\"
          Treatments\",\"quantity\":1,\"product_id\":\"8011918606515\",\"variant_id\":\"43986914017459\",\"sku\":\"LO-
          BB\",\"variant_title\":\"Blue Light Lens\",\"product_vendor\":\"DIFF Eyewear\",\"price\":38},{\"title\":\"Wor
          Free RX Protection
          Plan\",\"quantity\":1,\"product_id\":\"7556782293171\",\"variant_id\":\"42824696037555\",\"sku\":\"PLAN-
          28\",\"variant_title\":\"\",\"product_vendor\":\"DIFF Eyewear\",\"price\":28},{\"title\":\"PARKER - SAGE CRYS
          GLASSES\",\"quantity\":1,\"product_id\":\"7592242708659\",\"variant_id\":\"42922716463283\",\"sku\":\"DE01-01
          SGCLX\",\"variant_title\":\"\",\"product_vendor\":\"DIFF Eyewear\",\"price\":79},
          {\"title\":\"Lens\",\"quantity\":1,\"product_id\":\"7459358015667\",\"variant_id\":\"42577515380915\",\"sku\"
          159\",\"variant_title\":\"Single Vision / 1.59\",\"product_vendor\":\"DIFF Eyewear\",\"price\":0},{\"title\":
          Treatments\",\"quantity\":1,\"product_id\":\"8011918606515\",\"variant_id\":\"43986916409523\",\"sku\":\"LO-
          PH\",\"variant_title\":\"Photochromic Lens\",\"product_vendor\":\"DIFF Eyewear\",\"price\":100},{\"title\":\"
          Upgrade\",\"quantity\":1,\"product_id\":\"1606053658670\",\"variant_id\":\"44024520114355\",\"sku\":\"LO-
          TH\",\"variant_title\":\"Thin Lens Upgrade\",\"product_vendor\":\"DIFF Eyewear\",\"price\":50}]"
   ▸ e_iids: ["16543585599534", "44537246023859", "42577539236019", "43986914017459", "42824696037555",…]
    e_ni: 9
    e_pr: 394
    ev: "START_CHECKOUT"
    gac: "a1304aac"
    intg: "shopify-wpe"
    l_gc: "79adb2a2fce5c6ba215fe5f27f532d4e7edbac4b6a5e09e1ef3a08084a904621"
    pid: "0da6c2b1-7864-4255-b322-966524e5278e"
    u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
    u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
    u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

//

//

88. As highlighted below, Snap intercepts when Website users submit their contact information on Screen 14. *See infra* ("checkout_contact_info_submitted"). Defendant has also configured the Snap Pixel to collect "user parameter[s]"[56] for "PII matching"[57] – specifically, the hashed email address, hashed phone number user parameters, and "Snap Cookie1" (also known as "sc_cookie_1") parameters. This is shown in the below excerpts of Website transmissions, in which Snap intercepts "u_c1" ("Snap Cookie1");[58] "u_hem" (hashed email address); and "u_hpn" (hashed phone number). Although email and phone number are "hashed," the reality is that, even in hashed form, they are traceable to individuals. *See supra* n.19.

```
    ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
    url: "https://www.diffeyewear.com/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05
    v: "3.53.1-2511202206"
  ▾ req: [,…]
   ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_BILLING", intg: "shopify-wpe",…}, del: 27}
      del: 27
     ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_BILLING", intg: "shopify-wpe",…}
        cdid: "sh-dabe1351-A400-4B60-FD70-7207FD333A1F"
       ▸ e_bds: ["DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear",…]
        e_cur: "USD"
        e_desc: "checkout_contact_info_submitted"
       ▸ e_iids: ["16543585599534", "44537246023859", "42577539236019", "43986914017459", "42824696037555",…]
        e_ni: 9
        e_pr: 394
        ev: "ADD_BILLING"
        gac: "a1304aac"
        intg: "shopify-wpe"
        l_gc: "79adb2a2fce5c6ba215fe5f27f532d4e7edbac4b6a5e09e1ef3a08084a904621"
        pid: "0da6c2b1-7864-4255-b322-966524e5278e"
        u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
        u_hed: "3fcb8282b84676ebee7140e39ecae16eeb199064c7c7e4432e28c9b57e4b6039"
        u_hem: "b61c4bdfd6daafbeb1a1d4ab7f265a8f593977569f10d4a19e8518a0dd097cd3"
        u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
        u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
   u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

[56] SNAP, DIRECTLY IMPLEMENT THE PIXEL ON YOUR WEBSITE, https://businesshelp.snapchat.com/s/article/pixel-direct-implementation.

[57] SNAP, PIXEL IMPLEMENTATION FAQS, https://businesshelp.snapchat.com/s/article/snap-pixel-faq.

[58] Snap explains that "[t]he sc_cookie1 parameter should contain the _scid cookie value." SNAP, USING THE API, https://developers.snap.com/api/marketing-api/Conversions-API/UsingTheAPI. The _scid cookie is "[u]sed to help identify a visitor." SNAP INC., COOKIE INFORMATION, https://www.snap.com/privacy/cookie-information.



89. As highlighted below, Snap intercepts when Website users submit their shipping information on Screen 14. *See infra* ("checkout_shipping_info_submitted"). Snap also intercepts "u_c1" ("Snap Cookie1"); "u_fn" (hashed first name); "u_hed" (hashed email domain); "u_hem" (hashed email address); and "u_ln" (hashed last name) and on Screen 14.

```
    ua: "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.0.0 Safari/537.36"
    url: "https://www.diffeyewear.com/checkouts/cn/hWN5vwio5T7uk4NIFpKrhklm/en-us?_r=AQABMbbhEJ1pCyrOyELjj-QbuWQ8mU_eNEvj05
    v: "3.53.1-2511202206"
  ▾ req: [,…]
    ▾ 0: {t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_BILLING", intg: "shopify-wpe",…}, del: 145}
        del: 145
      ▾ t: {pid: "0da6c2b1-7864-4255-b322-966524e5278e", ev: "ADD_BILLING", intg: "shopify-wpe",…}
          cdid: "sh-daba804a-FDFE-400E-58F6-0BD98BCF04CE"
        ▸ e_bds: ["DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear", "DIFF Eyewear",…]
          e_cur: "USD"
          e_desc: "checkout_shipping_info_submitted"
        ▸ e_iids: ["16543585599534", "44537246023859", "42577539236019", "43986914017459", "42824696037555",…]
          e_ni: 9
          e_pr: 394
          ev: "ADD_BILLING"
          gac: "a1304aac"
          intg: "shopify-wpe"
          l_city: "9f2608067816e38c85edfb0c3985feff32def8b5dc17bb522ffc2e877e9b386b"
          l_gc: "79adb2a2fce5c6ba215fe5f27f532d4e7edbac4b6a5e09e1ef3a08084a904621"
          l_gpc: "140f7c46467d83096fd8fbc357e11949799df82edd1ba4182288973bdecaecb2"
          pid: "0da6c2b1-7864-4255-b322-966524e5278e"
          u_c1: "ae615fc7-2627-495b-bef0-a3eb310ad396"
          u_fn: "96d9632f363564cc3032521409cf22a852f2032eec099ed5967c0d000cec607a"
          u_hed: "3fcb8282b84676ebee7140e39ecae16eeb199064c7c7e4432e28c9b57e4b6039"
          u_hem: "b61c4bdfd6daafbeb1a1d4ab7f265a8f593977569f10d4a19e8518a0dd097cd3"
          u_ln: "799ef92a11af918e3fb741df42934f3b568ed2d93ac1df74f1b8d41a27932a6f"
          u_sclid: "3be98e09-152f-49e1-911d-d4eab8b07f44"
          u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
      u_scsid: "31e69540-f3ac-4daf-9fc2-e6f929e6383e"
```

## VI. Defendant Enables the Third Parties to Pair the Above Data with Users' Identities

### A. Google

90. As discussed *supra*, § IV, the Google tracking technologies at issue can pair wiretapped data with website users' identities.

91. To do so, the Google Analytics identity spaces and Google signals rely,

at least in part, on Google cookies.[59] A cookie is a "small text file (up to 4KB) created by a website that is stored in the user's computer either temporarily for that session only or permanently in storage (persistent cookie)."[60] Persistent cookies can be used to "track user behavior across different sites. They store information such as geographic location, device specifications, and specific actions taken on the website."[61] Thus, together, the Google cookies allow Google Analytics to "'remember' what a user has done on previous pages [and their] interactions with the [W]ebsite."[62]

92. The following image confirms that, when a user accesses the Website while logged in to a Google account, the Google tracking technologies on the Website compel that user's browser to transmit several Google cookies, including the _ga; _ga_<wpid>; _gcl_au; _gid; IDE; NID; _Secure-3PAPISID; _Secure3PSID; _Secure-3PSIDCC; and _Secure-3PSIDTS cookies:

//

//

//

//

[59] *See, e.g.*, GOOGLE, OUR ADVERTISING AND MEASUREMENT COOKIES, https://business.safety.google/adscookies/; GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage; OPEN COOKIE DATABASE, https://jkwakman.github.io/Open-Cookie-Database/open-cookie-database.html.

[60] PC MAGAZINE, COOKIE TABLE, https://www.pcmag.com/encyclopedia/term/cookie.

[61] COOKIEBOT, WHAT ARE TRACKING COOKIES AND HOW DO THEY WORK?, https://www.cookiebot.com/en/tracking-cookies/.

[62] GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage.

| Name | Value | Domain |
|---|---|---|
| __Secure-3PAPISID | CmKcPKTykYr66phW/A4Api... | .google.com |
| __Secure-3PSID | g.a0008Qi5IeLIgeTkU8CkYJ... | .google.com |
| __Secure-3PSIDCC | AKEyXzXIsrcPq1XAoyB7pow... | .google.com |
| __Secure-3PSIDRTS | sidts-CjcBWhotCQ8uBYXc81... | .google.com |
| __Secure-3PSIDTS | sidts-CjcBWhotCQ8uBYXc81... | .google.com |
| _ga | GA1.1.14691339.1774896823 | .diffeyewear.com |
| _ga_J0P4H9YQB7 | GS2.1.s1774888645$o1$g1$... | .diffeyewear.com |
| _gcl_au | 1.1.1887993697.1774896822 | .diffeyewear.com |
| _gid | GA1.2.81506178.1774896823 | .diffeyewear.com |
| IDE | AHWqTUm3w4kKU5CO1Z4... | .doubleclick.net |
| NID | 530=en74pYbOArsJChc0a78... | .google.com |

93. The _ga and ga_<wpid> cookies are "used to identifier users[.]"[63] The _ga and ga_<wpid> cookies have a lifespan of 2 years.[64]

94. The _gcl_au cookie is "[u]sed by Google AdSense for experimenting with advertisement efficiency across websites using their services" and has a lifespan of "3 months[.]"

95. The _gid cookie is "used to identify users for 24 hours after last activity[.]"[65] The _gid cookie has a lifespan of 24 hours.[66]

96. The IDE cookie "is used for targeting, analyzing, and optimization of ad campaigns in DoubleClick/Google Marketing Suite."[67] The IDE cookie has a lifespan of 2 years.[68]

97. The NID cookie "is used to collect website statistics and track conversion

---

[63] OPEN COOKIE DATABASE, https://jkwakman.github.io/Open-Cookie-Database/open-cookie-database.html.

[64] *Id.*

[65] *Id.*

[66] *Id.*

[67] *Id.*

[68] *Id.*

rates and Google ad personalization[.]"[69] The NID cookie has a lifespan of 1 year.[70]

98. The _Secure-3PAPISID cookie "[p]rofiles the interests of website visitors to serve relevant and personalised ads through retargeting."[71] The _Secure-3PAPISID cookie has a lifespan of 2 years.[72]

99. The _Secure3PSID cookie is a "[t]argeting cookie[ u]sed to profile the interests of website visitors and display relevant and personalised Google ads."[73] The _Secure3PSID cookie has a lifespan of 2 years.[74]

100. The _Secure-3PSIDCC and _Secure-3PSIDTS cookies are "[t]argeting cookie[s u]sed to create a user profile and display relevant and personalised Google Ads to the user."[75] The _Secure-3PSIDCC and _Secure-3PSIDTS cookies have a lifespan of 2 years.[76]

101. Even when a when a user accesses the Website while not logged in to a Google account, the Google tracking technologies on the Website compel that user's browser to transmit several Google cookies, including the _ga; _ga_<wpid>; _gcl_au; _gid; IDE; and NID cookies:

| Name | Value | Domain |
|---|---|---|
| IDE | AHWqTUmEbaDKZY3qm-K-r... | .doubleclick.net |
| NID | 530=szNyIXTXR3TAFBmG-vx... | .google.com |
| __Secure-BUCKET | CJoB | .google.com |
| _ga | GA1.1.1585967355.1774888... | .diffeyewear.com |
| _ga_J0P4H9YQB7 | GS2.1.s1774888645$o1$g1$... | .diffeyewear.com |
| _gcl_au | 1.1.1923652326.1774888643 | .diffeyewear.com |
| _gid | GA1.2.267630135.1774888816 | .diffeyewear.com |

---

[69] *Id.*

[70] *Id.*

[71] *Id.*

[72] *Id.*

[73] *Id.*

[74] *Id.*

[75] *Id.*

[76] *Id.*

102. Defendant also uses Google signals, which "associates [data] with user[s'] … Google accounts," for "users who have signed in … [and] turned on Ads Personalization."[77] The blue highlight below shows that Defendant enabled Google signals.

```
▼ Processing commands (10) js?id=G-J0P4H9YQB7&cx=c&gtm=4e63q0:573
  ▼ Processing data layer js?id=G-J0P4H9YQB7&cx=c&gtm=4e63q0:573
    push: {event: "gtm.init", gtm.uniqueEventId: 2}
      Tag fired:            js?id=G-J0P4H9YQB7&cx=c&gtm=4e63q0:573
      {function: "__ogt_google_signals", priority: 26,
      vtp_googleSignals: "ENABLED", vtp_instanceDestinationId: "G-
      J0P4H9YQB7", tag_id: 142}
      Tag fired:            js?id=G-J0P4H9YQB7&cx=c&gtm=4e63q0:573
      {function: "__ccd_ga_regscope", priority: 25,
      vtp_settingsTable: ["list", ["map", "redactFieldGroup",
      "DEVICE_AND_GEO", "disallowAllRegions", false,
      "disallowedRegions", ""], ["map", "redactFieldGroup",
      "GOOGLE_SIGNALS", "disallowAllRegions", false,
      "disallowedRegions", ""]], vtp_instanceDestinationId: "G-
      J0P4H9YQB7", tag_id: 141}
```

**B. Pinterest**

103. Through Pinterest cookies, Pinterest can identify individual website users by their respective Pinterest accounts.

104. The following image confirms that, when a user accesses the Website while logged into Pinterest, the Pinterest tracking technologies on the Website compel that user's browser to transmit several cookies, including the _derived_epik; _pin_unauth; _pinterest_ct_rt; _pinterest_ct_ua; and _pinterest_sess cookies:

| Name ▲ | Value | Domain |
|---|---|---|
| __Secure-s_a | aXY5OGR4RFZIT3c1MUZHe... | .pinterest.com |
| _derived_epik | dj0yJnU9alpmTXdTc3BOdW... | www.diffeyewear.com |
| _derived_epik | dj0yJnU9Y2VQeVpobktJdW... | .diffeyewear.com |
| _pin_unauth | dWlkPU1tUTVZakJsWWpnd... | .diffeyewear.com |
| _pin_unauth | dWlkPU1tUTVZakJsWWpnd... | www.diffeyewear.com |
| _pinterest_ct_rt | TWc9PSZ2NWpZWlRJdjZjN... | .ct.pinterest.com |
| _pinterest_ct_ua | TWc9PSZGZ3hha2JPUGhvS... | .ct.pinterest.com |
| _pinterest_sess | TWc9PSZtVlpWb05QbVZiU... | .pinterest.com |
| ar_debug | 1 | .pinterest.com |

//

[77] Google, [GA4] Activate Google Signals for Google Analytics Properties, https://support.google.com/analytics/answer/9445345.

105.   The _derived_epik cookie "is placed by the Pinterest tag when a match is identified when no cookies are present, such as enhanced match."[78] The _derived_epik cookie has a lifespan of 1 year.[79]

106.   The _pin_unauth cookie "[r]egisters a unique ID that identifies and recognizes the user. I[t i]s used for targeted advertising."[80] The _pin_unauth cookie has a lifespan of 1 day.[81]

107.   The _pinterest_ct_rt cookie "contain[s] a user ID and the timestamp at which the cookie was created."[82] The _pinterest_ct_rt cookie has a lifespan of 1 year.[83]

108.   The _pinterest_ct_ua cookie "groups actions for users who cannot be identified by Pinterest."[84] The _pinterest_ct_ua cookie has a lifespan of "session[.]"[85]

109.   The _pinterest_sess cookie "collects anonymous data about a user's visit to the website, such as the number of visits, average time spent on the site and which pages have been loaded in order to personalise and improve the Pinterest service."[86] The _pinterest_sess cookie has a lifespan of "session[.]"[87]

110.   Even when a when a user accesses the Website while not logged in to a Pinterest account, the Pinterest tracking technologies on the Website compel that user's browser to transmit several Pinterest cookies, including the _pinterest_ct_ua

---

[78] OPEN COOKIE DATABASE, https://jkwakman.github.io/Open-Cookie-Database/open-cookie-database.html.
[79] *Id.*
[80] *Id.*
[81] *Id.*
[82] *Id.*
[83] *Id.*
[84] *Id.*
[85] *Id.*
[86] *Id.*
[87] *Id.*

and _pin_unauth cookies:

| Name | Value | Domain |
|---|---|---|
| _pin_unauth | dWlkPU56UmhNREZtTUdVd... | .diffeyewear.com |
| _pin_unauth | dWlkPU56UmhNREZtTUdVd... | www.diffeyewear.com |
| _pinterest_ct_ua | TWc9PSZyaEhpN2xpdGc1N... | .ct.pinterest.com |
| ar_debug | 1 | .pinterest.com |

**C. Snap**

111. Through Snap cookies, Snap can identify individual website users by their respective Snapchat accounts. Through user parameters, Snap can also identify individual website users by the personal information they provide on websites (i.e., email address, phone number, etc.).

112. The following image confirms that, when a user accesses the Website while logged into Snapchat, the Snap tracking technologies on the Website compel that user's browser to transmit several cookies, including the sc_at; sc-a-nonce; _scid; _scid_r; _scsrid_r; _sctr; and X-AB cookies:

| Name | Value | Domain |
|---|---|---|
| X-AB | dcfc88f2df9f4978b7d500b3... | sc-static.net |
| sc_at | v2\|H4sIAAAAAAAA/0XHwR... | .snapchat.com |
| sc-a-nonce | 805ca802-f6a9-4eec-9a03-0... | .snapchat.com |
| _ScCbts | %5B%5D | .diffeyewear.com |
| _scid | U7oYCbRE0apqZeKq4IT7ZE... | .diffeyewear.com |
| _scid_r | VLoYCbRE0apqZeKq4IT7ZEV... | .diffeyewear.com |
| _scida | uVPLxHTM9McSEdNzhTTAH... | .diffeyewear.com |
| _scsrid_r | | .diffeyewear.com |
| _sctr | 1%7C1774843200000 | .diffeyewear.com |

113. The sc_at cookie is "[u]sed to identify a visitor across multiple domains."[88] The sc_at cookie has a lifetime of 1 year.[89]

//

[88] OPEN COOKIE DATABASE, https://jkwakman.github.io/Open-Cookie-Database/open-cookie-database.html.

[89] *Id.*

114.   The sc-a-nonce cookie is for "[n]once control[,] [and is u]sed to encrypt session data."[90]  The sc-a-nonce cookie has a lifetime of 1 year.[91]

115.   The _scid cookie is "[u]sed to help identify a visitor."[92]  The _scid cookie has a lifetime of 1 year.[93]

116.   The _scid_r cookie "[s]ets a unique ID for the visitor, that allows third party advertisers to target the visitor with relevant advertisement. This pairing service is provided by third party advertisement hubs, which facilitates real-time bidding for advertisers."[94]  The _scid_r cookie has a lifetime of 13 months.[95]

117.   The _scsrid_r cookie "[s]ets a unique ID to enable targeted advertising and facilitate real-time bidding from third-party advertisers."[96]  The _scsrid_r cookie has a lifetime of approximately 13 months.[97]

118.   The _sctr cookie is "[u]sed to determine whether a third party tag will be called in Snap Ads Pixel."[98]  The _sctr cookie has a lifetime of 1 year.[99]

119.   The X-AB cookie "is used by the website's operator in context with multi-variate testing. This is a tool used to combine or change content on the website. This allows the website to find the best variation/edition of the site."[100]  The X-AB

---

[90] *Id.*

[91] *Id.*

[92] *Id.*

[93] *Id.*

[94] *Id.*

[95] *Id.*

[96] COOKIFI, _SCID_R COOKIE, https://cooki.fi/cookies/-scid-r/.

[97] *See id.*

[98] SNAP, COOKIE INFORMATION, https://www.snap.com/privacy/cookie-information.

[99] *Id.*

[100] OPEN COOKIE DATABASE, https://jkwakman.github.io/Open-Cookie-Database/open-cookie-database.html.

cookie has a lifetime of 1 day.[101]

120. Even when a when a user accesses the Website while not logged in to a Snapchat account, the Snap tracking technologies on the Website compel that user's browser to transmit several Snap cookies, including the sc_at; _scid; _scid_r; _scsrid_r; _sctr; and X-AB cookies:

| Name | Value | Domain |
|---|---|---|
| X-AB | dcfc88f2df9f4978b7d500b37... | sc-static.net |
| _ScCbts | %5B%5D | .diffeyewear.com |
| _scid | ULoYCbRE0apqZeKq4IT7ZEV... | .diffeyewear.com |
| _scid_r | UroYCbRE0apqZeKq4IT7ZEV... | .diffeyewear.com |
| _scida | hKeatXNvxx9OQkn56SM_SJK... | .diffeyewear.com |
| _scsrid_r | | .diffeyewear.com |
| _sctr | 1%7C1774843200000 | .diffeyewear.com |
| sc_at | v2\|H4sIAAAAAAAA/03GwQ0... | .snapchat.com |

121. As discussed *supra*, Defendant has also configured the Snap Pixel to collect "user parameter[s]"[102] for "PII matching"[103] – specifically, the hashed email address and hashed phone number user parameters.

## CLASS ALLEGATIONS

122. Plaintiff seeks certification of the following class: all persons in the United States who, during the class period, accessed and navigated the Website (the "Class").

123. Plaintiff also seeks to represent a subclass consisting of all California residents who, during the class period, accessed and navigated the Website while in California (the "Subclass") (the Class and Subclass collectively, the "Classes").

124. Plaintiff reserves the right to modify the Classes' definitions, including by using subclasses, as appropriate based on further investigation and discovery obtained in the case.

---

[101] *Id.*

[102] SNAP, DIRECTLY IMPLEMENT THE PIXEL ON YOUR WEBSITE, https://businesshelp.snapchat.com/s/article/pixel-direct-implementation.

[103] SNAP, PIXEL IMPLEMENTATION FAQS, https://businesshelp.snapchat.com/s/article/snap-pixel-faq.

125. The "Class Period" is the time period beginning on the date established by the Court's determination of any applicable statute of limitations, after considering of any tolling, concealment, and accrual issues, and ending on the date of entry of judgement.

126. The following people are excluded from the Classes: (1) any Judge presiding over this action and members of her or her family; (2) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest (including current and former employees, officers, or directors); (3) persons who properly execute and file a timely request for exclusion from the Classes; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel; and (6) the legal representatives, successors, and assigns of any such excluded persons.

127. **Numerosity:** Members of the Classes are so numerous that joinder of all members would be unfeasible and not practicable. The exact number of Class Members is unknown to Plaintiff at this time; however, it is estimated that there are thousands of individuals in the Classes. The identity of such membership is readily ascertainable from Defendant's records and non-party records, such as those of the Third Parties.

128. **Typicality:** The claims of the named Plaintiff are typical of the claims of the Classes because the named Plaintiff, like all other class members, purchased eyewear on the Website, and had her confidential electronic communications intercepted and/or disclosed to the Third Parties.

129. **Adequate Representation:** Plaintiff is fully prepared to take all necessary steps to represent fairly and adequately the interests of the Class Members. Plaintiff's interests are coincident with, and not antagonistic to, those of the members of the Classes. Plaintiff is represented by attorneys with experience in the prosecution of class action litigation generally and in the emerging field of digital privacy litigation

specifically. Plaintiff's attorneys are committed to vigorously prosecuting this action on behalf of the members of the Classes.

130. **Commonality and Predominance:** There are well-defined common questions of fact and law that exist as to all members of the Classes and that predominate over any questions affecting only individual members of the Classes. These common legal and factual questions, which do not vary between members of the Classes, and which may be determined without reference to the individual circumstances of any Class member, include, but are not limited to, the following: whether Defendant violated the Federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*; CIPA §§ 631 and 632 and whether Plaintiff and the proposed Class members are entitled to damages, reasonable attorneys' fees, pre-judgment interest and costs of this suit.

131. **Superiority:** Class action treatment is a superior method for the fair and efficient adjudication of the controversy. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of evidence, effort, or expense that numerous individual actions would engender. The benefits of proceeding through the class mechanism, including providing injured persons or entities a method for obtaining redress on claims that could not practicably be pursued individually, substantially outweighs potential difficulties in management of this class action. Plaintiff knows of no special difficulty to be encountered in litigating this action that would preclude its maintenance as a class action.

## CAUSES OF ACTION

## COUNT I
### Violation of the Federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*
### (On Behalf of Plaintiff, the Nationwide Class and California Subclass)

132. Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein and brings this count individually and on behalf of the members of the Classes.

133. The Federal Wiretap Act, as amended by the Electronic Communications Privacy Act of 1986, makes it unlawful for a person to intentionally intercept, endeavor to intercept or procure any other person to intercept or endeavor to intercept any wire, oral or electronic communication. 18 U.S.C. § 2511(a).

134. Further, the Federal Wiretap Act makes it unlawful for a person to intentionally disclose, or endeavor to disclose, to any other person the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral or electronic communication in violation of the Federal Wiretap Act. 18 U.S.C. § 2511(1)(c).

135. Further, the Federal Wiretap Act makes it unlawful for a person to intentionally use, or endeavor to use, the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral or electronic communication in violation of the Federal Wiretap Act. 18 U.S.C. § 2511(1)(d).

136. The Federal Wiretap Act protects both the sending and receiving of communications.

137. Among other ways, a violation of the Federal Wiretap Act occurs if a person:

> (a) intentionally intercepts, endeavors to intercept, or procures any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication; [or]
>
> (b) intentionally uses, endeavors to use, or procures any other person to use or endeavor to use any electronic, mechanical, or other device to intercept any oral communication[.]

18 U.S.C. § 2511.

138. Under the Federal Wiretap Act, "any person whose wire, oral, or electronic communication is intercepted, disclosed, or intentionally used in violation of [the Federal Wiretap Act] may in a civil action recover from the person or entity . .

. which engaged in that violation such relief as may be appropriate." 18 U.S.C. § 2520(a).

139. In violation of the Federal Wiretap Act, 18 U.S.C. § 2511(1)(a), Defendant intentionally procured the Third Parties to intercept and endeavor to intercept the electronic communications of Plaintiff and Class Members, namely the transmissions of the confidential and sensitive communications of Plaintiff and Class Members via the Website. At relevant times, Defendant knew that by integrating and embedding the Third Parties' tracking technologies, the Third Parties would intercept the electronic communications of users of the Website.

140. In violation of the Federal Wiretap Act, 18 U.S.C. § 2511(1)(a), Defendant intentionally intercepted, and endeavored to intercept, the electronic communications of Plaintiff and Class Members, namely the transmissions of the confidential and sensitive communications of Plaintiff and Class Members via the Website.

141. In violation of the Federal Wiretap Act, 18 U.S.C. § 2511(1)(c), Defendant disclosed, and endeavored to disclose, the contents of the electronic communications of Plaintiff and Class Members to generate profits and increase revenues by, *inter alia*, attempting to increase its number of customers through targeted marketing based on an analysis of the intercepted communications, knowing and having reason to know that the information was obtained through the unlawful interception of the electronic communications of Plaintiff and Class Members, in violation of the Federal Wiretap Act, as alleged herein. Indeed, Defendant procured the Third Parties to surreptitiously intercept the communications of Plaintiff and Class Members without their consent, thereby knowing that the information from those communications was obtained in violation of the Federal Wiretap Act.

142. In violation of the Federal Wiretap Act, 18 U.S.C. § 2511(1)(d), Defendant used, and endeavored to use, the contents of the electronic communications of Plaintiff and Class Members to generate profits and increase revenues by, *inter alia*,

attempting to increase its number of customers through targeted marketing based on an analysis of the intercepted communications, knowing and having reason to know that the information was obtained through the unlawful interception of the electronic communications of Plaintiff and Class Members, in violation of the Federal Wiretap Act, as alleged herein. Indeed, Defendant procured the Third Parties to surreptitiously intercept the communications of Plaintiff and Class Members without their consent, thereby knowing that the information from those communications was obtained in violation of the Federal Wiretap Act.

143. The following items constitute "devices" within the meaning of 18 U.S.C. § 2510(5):

(a) The codes and programs the Third Parties used to track Plaintiff's and Class Members' communications while they were navigating the Website;

(b) Plaintiff's and Class Members' browsers and mobile applications;

(c) Plaintiff's and Class Members' computing and mobile devices;

(d) The codes and programs used by the Third Parties to effectuate their tracking and interception of Plaintiff's and Class Members' communications while they were using a browser or application to visit Defendant's Website; and

(e) The plan the Third Parties carried out to effectuate their tracking and interception of the Plaintiff's and Class Members' communications while they were using Defendant's Website.

144. The Website communications that Defendant permitted the Third Parties to intercept, and that Defendant otherwise disclosed to the Third Parties, via Defendant's integration of the Third Parties' tracking technologies on the Website—*i.e.*, sensitive, personally identifiable information relating to eyewear purchases—constitutes the contents of electronic communication because it includes detailed URL

requests and button clicks that contain information Plaintiff and the Classes actively inputted into the Website.

145. The transmissions described above were "transfer[s] of signs, signals, writing, … data, [and] intelligence of [some] nature transmitted in whole or in part by a wire, radio, electromagnetics, photoelectronic, or photooptical system that affects interstate commerce[,]" and were therefore "electronic communications" within the meaning of 18 U.S.C. § 2510(12).

146. The Third Parties were not authorized parties to the communications between Plaintiff and Class Members, on the one hand, and Defendant, on the other, because Plaintiff and Class Members did not know that these third parties were surreptitiously intercepting the data at issue and did not knowingly send any communications to the Third Parties.

147. Plaintiff and Class Members did not consent to Defendant's conduct of: (1) procuring the Third Parties to intercept and endeavor to intercept their confidential communications; (2) intercepting their confidential communications; (3) disclosing their confidential communications under circumstances that violated the Federal Wiretap Act; and (4) using their confidential communications under circumstances that violated the Federal Wiretap Act.

148. Defendant intentionally intercepted and endeavored to intercept Plaintiff's and Class Members' communications for the purpose of committing a tortious or criminal act in violation of the Constitution or laws of the United States or of any State – namely, invasion of privacy and violation of the CIPA, among others.

149. Defendant was not acting under color of law in intercepting and endeavoring to intercept Plaintiff's and Class Members' communications.

150. Defendant and the Third Parties intercepted and endeavored to intercept the communications of Plaintiff and Class Members made via the Website while those communications were in transit, as opposed to being in storage. Indeed, Defendant and the Third Parties intercepted and endeavored to intercept the communications of

Plaintiff and Class Members in real time and contemporaneously with Plaintiff and Class Members engaging in those communications.

151. After intercepting the communications, the Third Parties used the contents of the communications to provide Defendant with analytics, marketing, and/or advertising services, as well as for its own business purposes.

152. As a result of the above actions, Plaintiff and Class Members have been damaged due to the unauthorized interception, disclosure, and use of their confidential communications in violation of 18 U.S.C. § 2520. As such, Plaintiff and Class Members are entitled to: (1) damages, in an amount to be determined at trial, assessed as the greater of (a) the sum of the actual damages suffered by Plaintiff and any profits made by Defendant as a result of the violation, or (b) statutory damages of whichever is the greater of $100 per day per violation or $10,000; (2) appropriate equitable or declaratory relief; and (3) reasonable attorneys' fees and other costs reasonably incurred.

**COUNT II**
**Violation of the California Invasion of Privacy Act,**
**Cal. Penal Code § 631(a)**
**(On Behalf of Plaintiff and the Subclass)**

153. Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

154. Plaintiff brings this Count individually and on behalf of the members of the California Subclass.

155. CIPA § 631(a) imposes liability for "distinct and mutually independent patterns of conduct." *Tavernetti v. Superior Ct.*, 22 Cal. 3d 187, 192-93 (1978). Thus, to establish liability under CIPA § 631(a), a plaintiff need only establish that the defendant, "by means of any machine, instrument, contrivance, or in any other manner," does any of the following:

> Intentionally taps, or makes any unauthorized connection, whether physically, electrically,

> acoustically, inductively or otherwise, with any telegraph or telephone wire, line, cable, or instrument, including the wire, line, cable, or instrument of any internal telephonic communication system,
>
> *Or*
>
> Willfully and without the consent of all parties to the communication, or in any unauthorized manner, reads or attempts to read or learn the contents or meaning of any message, report, or communication while the same is in transit or passing over any wire, line or cable or is being sent from or received at any place within this state,
>
> *Or*
>
> Uses, or attempts to use, in any manner, or for any purpose, or to communicate in any way, any information so obtained,
>
> *Or*
>
> Aids, agrees with, employs, or conspires with any person or persons to unlawfully do, or permit, or cause to be done any of the acts or things mentioned above in this section.

156. CIPA § 631(a) is not limited to phone lines, but also applies to "new technologies" such as computers, the Internet, and email. *See Matera v. Google Inc.*, 2016 WL 8200619, at *21 (N.D. Cal. Aug. 12, 2016) (CIPA applies to "new technologies" and must be construed broadly to effectuate its remedial purpose of protecting privacy); *see also Javier v. Assurance IQ, LLC*, 2022 WL 1744107, at *1 (9th Cir. May 31, 2022) ("Though written in terms of wiretapping, Section 631(a) applies to Internet communications.").

157. The Third Parties' tracking technologies associated are a "machine, instrument, contrivance, or … other manner" used to engage in the prohibited conduct at issue here.

158. The Third Parties are a "separate legal entity that offers [a] 'software-as-a-service' and not merely a passive device." *Saleh v. Nike, Inc.*, 562 F. Supp. 3d 503, 520 (C.D. Cal. 2021). Further, the Third Parties have the capability to use the wiretapped information for their own purposes. Accordingly, Google, Snap, and Pinterest were third parties to any communication between Plaintiff and Subclass Members, on the one hand, and Defendant, on the other. *Id*. at 521; *see also Javier v. Assurance IQ, LLC*, 649 F. Supp. 3d 891, 900 (N.D. Cal. 2023).

159. At all relevant times, by their tracking technologies, the Third Parties willfully and without the consent of all parties to the communication, or in any unauthorized manner, read, attempted to read, and/or learned the contents or meaning of electronic communications of Plaintiff and Subclass Members, on the one hand, and Defendant, on the other, while the electronic communications were in transit or were being sent from or received at any place within California.

160. At all relevant times, the Third Parties used or attempted to use the communications intercepted by their tracking technologies for their own purposes.

161. At all relevant times, Defendant aided, agreed with, employed, permitted, or otherwise enabled the Third Parties to wiretap Plaintiff and Subclass Members using the Third Parties' tracking technologies and to accomplish the wrongful conduct at issue here.

162. Plaintiff and Subclass Members did not provide their prior consent to the Third Parties' intentional access, interception, reading, learning, recording, collection, and usage of Plaintiff's and Subclass Members' electronic communications. Nor did Plaintiff and Subclass Members provide their prior consent to Defendant aiding, agreeing with, employing, permitting, or otherwise enabling the Third Parties' conduct.

163. The wiretapping of Plaintiff and Subclass Members occurred in California, where Plaintiff and Subclass Members accessed the Website and where the Third Parties – as enabled by Defendant – routed Plaintiff's and Subclass Members'

electronic communications to the Third Parties' servers.

164. Pursuant to Cal. Penal Code § 637.2, Plaintiff and Subclass Members have been injured by Defendant's violations of CIPA § 631(a), and each seeks statutory damages of $5,000 for each of Defendant's violations of CIPA § 631(a).

**COUNT III**
**Violation of the California Invasion of Privacy Act,**
**Cal. Penal Code § 632**
**(On Behalf of Plaintiff and the Subclass)**

165. Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

166. Plaintiff brings this Count individually and on behalf of the members of the California Subclass.

167. CIPA § 632(a) prohibits an entity from:

> intentionally and without the consent of all parties to a confidential communication, uses an electronic amplifying or recording device to eavesdrop upon or record the confidential communication, whether the communication is carried on among the parties in the presence of one another or by means of a telegraph, telephone, or other device, except a radio.

168. Section 632 defines "confidential communication" as "any communication carried on in circumstances as may reasonably indicate that any party to the communication desires it to be confined to the parties thereto[.]"

169. The data collected on Defendant's Website constitutes "confidential communications," as that term is used in Section 632, because Subclass Members had an objectively reasonable expectation of private with respect to their personally identifiable information relating to eyewear purchases.

170. Plaintiff and Subclass Members expected their communications to Defendant to be confined to Defendant. Plaintiff and Subclass Members did not expect any third party to secretly eavesdrop upon or record this information and their communications.

171. The Third Parties' tracking technologies are electronic amplifying or recording devices for purposes of § 632.

172. By contemporaneously intercepting and recording Plaintiff's and Subclass Class members' confidential communications to Defendant through the Third Parties tracking technology, the Third Parties eavesdropped and/or recorded confidential communications through an electronic amplifying or recording device in violation of § 632 of CIPA.

173. At no time did Plaintiff or Subclass Class members consent to Defendant or the Third Parties' conduct, nor could they reasonably expect that their communications to Defendant would be overheard or recorded by the Third Parties.

174. At all relevant times, the Third Parties used or attempted to use the communications intercepted by its tracking technologies for their own purposes.

175. Defendant is liable for aiding and abetting violations of Section 632 by the Third Parties.

176. Pursuant to Cal. Penal Code § 637.2, Plaintiff and Subclass Members have been injured by the violations of Cal. Penal Code § 632, and each seek damages for the greater of $5,000 or three times the amount of actual damages, as well as injunctive relief.

**COUNT IV**
**Invasion of Privacy Under California's Constitution**
**(On Behalf of Plaintiff and the Subclass)**

177. Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

178. Plaintiff brings this Count individually and on behalf of the members of the California Subclass.

179. Plaintiff and Subclass Members have an interest in: (1) precluding the dissemination and/or misuse of their sensitive, confidential communications about their eyewear purchases; and (2) making personal decisions and/or conducting

personal activities without observation, intrusion or interference, including, but not limited to, the right to visit and interact with various internet sites without being subjected to wiretaps without Plaintiff's and Subclass Members' knowledge or consent.

180. At all relevant times, by installing and embedding the Third Parties' tracking technologies into the Website so that the Third Parties could intercept and/or otherwise obtain users' private communications with Defendant regarding their eyewear purchases, along with their personally identifiable information, Defendant intentionally invaded Plaintiff's and Subclass Members' privacy rights under the California Constitution.

181. Plaintiff and Subclass Members had a reasonable expectation that their communications about their eyewear purchases, their personally identifiable information, and other private information, would remain confidential and that Defendant would not enable the Third Parties' interception of this sensitive information given that Defendant did not provide Plaintiff and Subclass Members with the required notice of its practice of disclosures.

182. Plaintiff and Subclass Members did not authorize Defendant to record and transmit Plaintiff's and Subclass Members' private eyewear purchase communications alongside their personally identifiable information.

183. This invasion of privacy is serious in nature, scope, and impact because it relates to private eyewear purchase communications. Moreover, it constituted an egregious breach of the societal norms underlying the privacy right.

184. Accordingly, Plaintiff and Subclass Members seek all relief available for invasion of privacy claims under California's Constitution.

**COUNT V**
**Intrusion Upon Seclusion**
**(On Behalf of Plaintiff, the Nationwide Class and California Subclass)**

185. Plaintiff repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

186. Plaintiff brings this Count individually and on behalf of the members of the Classes.

187. Plaintiff and Class Members have an interest in: (1) precluding the dissemination and/or misuse of their sensitive, confidential communications about their eyewear purchases; and (2) making personal decisions and/or conducting personal activities without observation, intrusion or interference, including, but not limited to, the right to visit and interact with various internet sites without being subjected to wiretaps without Plaintiff's and Class Members' knowledge or consent.

188. At all relevant times, by installing and embedding the Third Parties' tracking technology into the Website, so that the Third Parties could intercept users' private communications with Defendant regarding their eyewear purchases, Defendant intentionally invaded Plaintiff's and Class Members' privacy rights by intruding into their private place, conversation or matter. Defendant's actions amount to an intrusion upon Plaintiff's and Class Members' privacy because Plaintiff and Class Members did not consent to the particular conduct that Defendant engaged in—allowing the Third Parties to intercept their sensitive conversations related to their eyewear purchases.

189. Plaintiff and Class Members had a reasonable expectation that their communications about their eyewear purchases, and other private information, would remain confidential and that Defendant would not enable third party interception of this sensitive information given that Defendant did not provide Plaintiff and Class Members with the required notice of its practice of disclosures.

190. Plaintiff and Class Members did not authorize Defendant to record and transmit Plaintiff's and Class Members' private eyewear purchase communications alongside their personally identifiable information.

191. This invasion of privacy is highly offensive and serious in nature, scope, and impact because it relates to private eyewear purchase communications. Moreover, it constituted an egregious breach of the societal norms underlying the privacy right.

192. Accordingly, Plaintiff and Class Members seek all relief available for Defendant's intrusion upon their seclusion.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

(a) For an order certifying the Class and Subclass, naming Plaintiff as representative of the Class and Subclass, and naming Plaintiff's attorneys as Class Counsel to represent the Class and Subclass;

(b) For an order declaring that Defendant's conduct violates the statutes referenced herein;

(c) For an order finding in favor of Plaintiff, the Class, and the Subclass on all counts asserted herein;

(d) For an award of compensatory damages, including statutory damages where available, to Plaintiff, Class, and Subclass Members against Defendant for all damages sustained as a result of Defendant's wrongdoing, in an amount to be proven at trial;

(e) For prejudgment interest on all amounts awarded;

(f) For an order of restitution and all other forms of equitable monetary relief;

(g) For injunctive relief as pleaded or as the Court may deem proper;

(h) For an order awarding Plaintiff, the Class, and the

Subclass their reasonable attorneys' fees, expenses, and costs of suit; and

(i) For an order granting Plaintiff, the Class, and Subclass Members such further relief as the Court deems appropriate.

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all causes of action and issues so triable.

Dated: May 21, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Ines Diaz Villafana*

Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: idiaz@bursor.com

*Attorney for Plaintiff*