NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Ines Diaz Villafana
BURSOR & FISHER, P.A.
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.: (925) 300-4455

ATTORNEY(S) FOR: Plaintiff Carol Jackson

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAROL JACKSON, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

DIFF, LLC,

Defendant(s)

CASE NUMBER:

2:26-cv-5478

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Carol Jackson or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Carol Jackson | 1. Plaintiff |
| 2. Diff, LLC | 2. Defendant |

May 21, 2026
Date

/s/ Ines Diaz Villafana
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Carol Jackson