**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIFF, LLC,<br><br>Defendant. | Case No. 2:26-cv-05478-CAS-AYPx<br><br>Assigned to Hon. Christina A. Snyder<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE FOR DEFENDANT DIFF, LLC'S MOTION TO DISMISS** |

Having considered the parties' Stipulated Briefing Schedule for Defendant DIFF, LLC's Motion to Dismiss Complaint, the Court finds good cause supports the parties' stipulated schedule and **GRANTS** the stipulation.

**IT IS HEREBY ORDERED** that the stipulation is approved;

The briefing schedule on Defendant's Motion to Dismiss is as follows:

1. Deadline for Plaintiff to file and serve opposition papers: August 24, 2026; and

2. Deadline for Defendant to file reply papers: September 14, 2026.

**IT IS SO ORDERED.**

Dated: August 18, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE