UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

Case No. 2:26cv05478 CAS (AYPx) Date: November 5, 2026

Title *CAROL JACKSON v. DIFF, LLC*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT [20] (Filed November 4, 2026)**

On October 19, 2026, the Court granted defendant's Motion to Dismiss plaintiff's Complaint [11] , with leave to amend [19] . Pursuant to plaintiff's Notice of Intent Not to File an Amended Complaint [20] filed on November 4, 2026, the above-referenced action is hereby dismissed without prejudice.

IT IS SO ORDERED.

00:00

**sInitials of Preparer** CMJ